CLEAR FORM

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

BOBBIE DEANNA RUFF
PLAINTIFF

28 E. PLEASANT ST.
Address (No Post Office Boxes)

RIVER ROUGE MI 48218
City                    State          Zip Code

VS.

UNITED STATES el al.
DEFENDANT

_____
Address (No Post Office Boxes)

_____
City              State      Zip Code

Case: 1:23-cv-02450 **JURY DEMAND**
Assigned To : Unassigned
Assign. Date : 8/23/2023
Description: Pro Se Gen. Civ. (F-DECK)

Jury Trial: ☒ Yes    ☐ No

## COMPLAINT

I was attacked using weapons of war. I was injected with a brain disease 5/12/2020. 4/15/22 GOD showed up and gifted me the DNA ANTIBODY in which was unknown to man. I have been stalked and harrassed since 2018 by UNITED STATES FBI. They formed troops and waged WAR against me. I am aware of the CHEMICAL WEAPONS CONVENTION TREATY and I have been seeking help as promised in ARTICLE-X but have been revictimized over and over again. I AM seeking damage. assement in the ammount of .... $888,000,000,000,000

Bobbie Ruff †
Original Signature (in pen)

Bobbie Ruff
Name (if applicable, Prisoner ID No.)

28 E. Pleasant St.
Address or Facility Address

River Rouge MI 48218
City              State      Zip Code

Rev: 01/10/2023
*Use additional pages as needed

NOW COMES the Plaintiff, BOBBIE DEANNA RUFF, individually, filing her complaint against the Defendants in this civil action, stating to this Court as follows:

1. This action for damages brought pursuant to the [I] Application of the Convention and Punishment of the Crime of Genocide, [II] The First, Second, Fourth, Fifth, Sixth, Thirteenth and Fourteenth Ammendment(s), [III] Treason, Malicous Prosecution, Violation of due-process, Fabrication of evidence, Extortion, 42 U.S.C. Sec. 1983, U.S.C. Sec. 1985.(iii), U.S. Const. art. III, and Defamation of Character, against Defendant's.

UNITED STATES OF AMERICA, "el.al.";

## Count I

1. Application of the Convention on the Prevention and Punishment of the Crime of Genocide. (Judgment 2007-Rep. 43, p. 221, para 430) (Bosnia and Herzegovina v. Serbia and Montenegro) (UN Doc. A/61/1028 (15 AUG 2007) para. 9) (See Arbitral Award of 31 JULY 1989. "Guinea-Bissau/Sengal" Judgment 1991 Rep 53.") (See OPCW TS National Legislation: Implementation Kit for Chemical Weapons Convention Aug 2010 para 3.1) (C-I / DEC. 8 MAY14-1989 10.3 Health and Saftey regulations) (C-I / DEC. 53 (MAY 16, 1997) 17.1 OPCW databank on protection against C.W.'s (17. Protection) Article X) (DOC. CD /CW/WP 400 /REV 1 UNITED NATIONS REFRENCE) (CRIMINAL RACKETTERING INTERPRISE ASSEMBLY)

# A Brady Claim.

"The Supreme Court held that the prosecutions suppression of material evidence favorable to the accused violates due process. ((373 U.S. 83)(1963)) (Brady v. Maryland). The duty to disclose favorable evidence includes exculpatory and impeachment evidence, and applies to the police as well as the prosecuter, not limited to the lawyer. (Strickler v. Greene, U.S 263, 280-81 (1999)) Brady claims have three elements:

[1] the evidence at issue must be favorable to the accused, either because it is exculpatory, or because it is impeaching:

[2] the evidence must have been supressed by the State, either willyfully or inadvertently: and

[3] prejudice must have ensued. (Jackson, 925 F.3d at 814)(quoting Strickler, 527 U.S. at 281-82) To allegedly suppressed evidence was material; in other words, that there is reasonable probability that the suppressed evidence would have produced a different verdict. (Id. at 815 "quoting Strickler, 527 U.S. at 280-81) The question is not whether the defendant would more likely than not have recieved a fair trial, understood as a trial resulting in a verdict worthy of confidence. (Kyles v. Whitley, 514 U.S. 419, 434 (1995.)

Plaintiff contends that the following

2

exculpatory or impeachment evidence was withheld by Defendant(s) Wilson, Browne, Sgt. Lions, Kishman, Mc. Gookey and the United States: [1] Wilson suppressed material evidence that was favorable to the accused (AHMED v. WILSON) in doing so he also fabricated evidence, with no regard to Plaintiff Bobbie Ruff's life. Plaintiff alledges she has never met nor spoken to defendant Wilson to date. Yet Wilson in a sworn signed statement places BOBBIE RUFF in the middle of a war zone alledging he had contact with her in a set up murder plot. [2] Wilson later retracted that statement, then yet again, fabricated evidence to suit the party best serving him (FBI) [3] Wilson went as far as to confirm Plaintiff Ruff was enguaged in a relationship with another accused murderer alledgly found (but not charged) nor has any paper trail to the said murder(s) but is currently incarcrated for a double murder in simular relations to the said. double murder (Ahmed v. Wilson) [4] Plaintiff alledges she did everything proper and by law to the best of her knowledge. [5] Plaintiff alledges Kevin Thyas "FBI" "United States" told her she was wanted for murder on 14, Febuary 2001. Plaintiff alledges in the same phone call she ask to be taken to turn her self in and clear her name. [6] Plaintiff

alledges, she spoke to two W/M and did not sign a statement. [7] Plaintiff alledges she did however give permission for a gun powder residue test on her then vehicle. [8] Plaintiff alledges she by no means knew anything about fausly accusing innocent people. [9] Plaintiff states she has identified Wilson as a B/M. [10] Plaintiff states she believes the file/record of (AHMED v. WILSON) have been sealed, however Micheal          , WILSON'S lawyer sent the Plaintiff a copy of all the early records in hopes she would comply to his request for a deposition. [11] Ruff states in the same conversation of being ask to do/give a deposition, she was ask if she were to end up dead, would her son know Mubarez did it. [12] Ruff states she soon experenced a life and death situation, in which she was stalked & followed by two B/M in a large van from Michigan [PL#EEK 1562] (Lawrence Basquin & Tarisha Darnell) (info P.I.). she states she was in fear for her life and called the Richland Co. Sheriffs dialing 911 to make the report. [13] Ruff states that after many attempts she realized nothing would be done, and no information would be given. [14] Ruff states she had given the plate number to a few people, (John Ruetz,

4

"NOW KNOWN AS" St. John the Devine, Robert Oney, and a P.I. in which will be called to witness to testimony.) Mutiple reports were made, as to this statement. [15] Ruff states she had knowledge of subpoena during the whole duration of communication. [16] Ruff states both sides of the table were requesting depositions from her. She states they both wanted her to testify as to the Defendants United States involement in the case. [17] Ruff states as a result of the subpoena and the court case in it's entirety her life was threatnened and grave bodily injuries were inflicted upon her. [18] Ruff states that Browne, acting under the color of Law engauged in the conspirsy, Abusing his power, using government issued vehicles to tamper with a witness. [19] Ruff states evidence was submitted against her in a criminal case            and was tampered with and or suppressed in order to further the adjenda of Defendents, United States and Wilson. [20] In doing so further evidence was withheld and or not produced until the month following the Judgment awarding Mubarez 10 MILLION $ (AHMED v. Wilson) [21] Ruff states Defendant(s) Clifford, Kishman, Felter, Lions, Browne, United States and McGookey all failed to uphold the duty to disclose favorable evidence including exculpatory

5

is a form of malicioushous pro ____ with abuse of power, and, knowingly and or willingly participated in the taking advantage of a known brain paitent with current documentation as to having been diagnosed with a non-cureable, nontreatable - brain disease. [28] Plaintiff states she requested Lions return evidence he took from her person while fausly detaining her in attempts to silence her. [29] Ruff states she verbally and via email ask Clifford to subponea Lions 'body cam evidence in refrence to picking her up on a pink slip. [TO INVOLENTARRY HAVE ME COMMITED, SIGNED BY JUDGE        WHO IS ALSO GUILTY in my eyes as the alligations given by Plaintiffs sister were all false and or mis leading. All which had no merits. She states she never got-her 18 page letter or her complaint she wrote to the Civil Rights Devision via email. She now only has the #ID to obtain info on the report. [30] Ruff states she saw Lions in court sitting as if he were testifying on her very first pre trial date. She states there is no record of him, her lawyer, or anyone else testifying on her discovery she got from Erie Co Court as full discovery. [31] Ruff states there were others in the court room but she was not invited in, then told by Clifford it would be a while. Ruff states at this time she was still suffering

sunvierely with the brain disease, for God had not YET shown up with the ANTI BODY.

[32] Ruff states she was offered a plea to accept the 5th digree felony, by accepting respancibility for the criminal charge of, "Mishandeling of a fire arm in a motor vehicle". on that in which she declined. [33] Ruff states she was given documentation in which reads that day was the day the trial date was set. [34] Ruff states she emailed Clifford as to these facts and was ignored. [35] Ruff alledges Erie County, Clifford, UNITED STATES, LIONS, KUSHMAN, BROWNE, and McGookey all have/had a Brady duty they did not uphold. Simply by not adding this into discovery and or suppressing /or attempting to suppress it. [36] Ruff states Clifford was ask to withdraw several times and claims she accused him of sabotageing her case and life. She claims she herself filed a detailed motion. Ruff states at the next hearing date the motion was not a part of the hearing. Ruff claims McGookey personally gave permission for her to submit a motion for removal of council. Ruff states Clifford had put in a motion just a day before that appearently over rid hers. Ruff states she has video evidence and a copy of her filed motion. Ruff claims the Court

7

attacked her with Cliffords motion. in saying
he dose not feel safe communicating with me
in a non public area. Ruff states her motion
was of truth and in full context of the
current situation. [37] Ruff states the withholding
of this evidence is neglect of said duties.
[38] Ruff states she gave Clifford mutiple EXIBITS,
she states to the best of her Knewlodge, none
were presented as evidence. [39] Ruff states
Clifford withheld/supressed/and kept mutiple
documents. She states some were never returned.
[40] Ruff states upon recieving her greatly
requested file, from Clifford and the Court
she noticed 2 particular documents she had
never seen before. They are fausified documents
to my case. They are of a Michael Robonson
B/M in hoo 20's. But the Michael Robonsen in
my case was W/M 50's "suposivily", Ruff states
she ask for this information in refrence to
her being set up and Micheal Robonsen being
made up. Ruff states Clifford knowingly and
willingly put an innocent man in the ring of fire.
or attempted to (samething) Ruff states the
print stamp foot print will confirm if it was
hem and just when he came up with this
stupid idea. [41] Ruff states she filed for
an appeal. She states it has been three
months and Erie County still has not turned

8

over the discovery in her case. [42] Ruff states she has gone in person with the forms to Erie Co. Court of Common Pleas. Ruff states that to date she has not recieved a call back from Erin or anyone else at Erie County Court or Erie Co. Prosecuter's office but has called them all mutiple times in refrence to this *missing evidence*.

## Malicious Prosecution...

A malicious prosecution claim has its underpinnings in the Fourth Amendment. The Fourth Amendment right to be free of unreasonable searchs and seizures includes "the right to be free of unjust prosecution." (Jackson, 925 F. 3d at 820.) A malicious prosecution claim has four elements: [1] that a criminal prosecution was initiated against the plaintiff and that the defendant made [1], influence[d], or participated[] in the decision to prosecute; [2] that there was a lack of probable cause for the criminal prosecution; [3] that, as a consequence of a legal proceeding, the plaintiff suffered a deprivation of liberty... apart from the initial seizure; and [4] the criminal proceeding must have been resolved in the plaintiff's favor." Id.

Plaintiff alleges that these elements are

met because Browne participated in or influenced the decision to prosecute Ruff; there was no probable cause for her prosecution, which was based upon fabricated evidence; she suffered a deprivation of liberty; and the prosecution was resolved in her favor.

A Defamation claim,

To prove a prima facie defamation, a plaintiff must show four things, [1] A false statement purporting to be fact; [2] publication or communication of that statement to a third person(s); [3] fault amounting to at least negligence; and [4] damages, or some harm caused to the reputation of the person or entity who is the subject of the statement. (DAVIS V. BOEHEIM, 110 A.D.3d, 1431 (N.Y. 2014) (THE NEW YORK TIMES CO. V. SULLIVAN, 376 U.S. 254 (1964))

Plaintiff alleges that these elements are met because WILSON [1] knowingly and willingly faulse:ified and suppressed evidence in which pairited the Plaintiff to be profiled as a criminal and a aider of murder(s). He knowingly put her chairacter in a position of danger and the harm caused was souly as a result of his negligence. [2] These elements are met because the porn site placed on the world wide web is a total defamation on behalf of this negligence, it was a direct attack on my reputation and inflicted harm in which most likely will last a life time.

# Constitution   (Sept 17, 1787)

Preamble.

We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

The First Ammendment right provides Congress make no law respecting an establishment of religion or prohibiting it's free exercize. It protects freedom of speach, the press, assembly and the right to petition the Government for a redress of grievances.

The elements are met alleging Plaintiff because, Many attempts to NEWS media, FOX 2 DETROIT, CHANNEL7 DETROIT, CHANNEL 4 DETROIT, DERICK CUNNIGHAM, AND ONLINE META, MARC ZUCKERBURG souly for HELP. I was ignored and blocked / restricted and left unable to exercise my right to freedom of Speach.

The second ammendment right gives citizens the right to bare arms.

The Plaintiff alleges the elements are met as BROWNE and UNITED STATES, set her up or intrapped her souly to take possession of her arms.

The Sixth Ammendment Right to a
speedy trial was violated by CLIFFORD
without my Knowledge or concent.

The Fourth Ammendment right protects citizens from unreasonable search and seizure.

Plaintiff alleges a violation of the Fourth Ammendment occured and the elements are met because [1] BROWNE fabricated reason(s) to search and seize, [2] MARK WATSKI hacked into all devices using camera and mic options daily. [3] DANIEL CULBRETH, CARTER, UNITED STATES NICOLOS/RICK, WILLAM BLARE, STEVEN HAUSER, DM B SECURITY, S K ELECTRIC and THE CITY OF RIVER ROUGE violated the 4th ammendment right when the smoke alarms were installed w/monitoring, the refridgerator had a ALEXA in it which was hooked up and monotered daily 24/7. Hacking by interceptor devices locally, deleteing evidence of multiple devices, portreying to be Best Buy, CDC & LAWYERS, intercepting emails and deleting emails. The compromizing of my devices left me to have no choice but to physically write the entire case as I kept getting things deleted.

The 13th Ammendment right to be free of slavery and or involuntary servitude, except as punishment for a crime where of the party shall have been duly convicted. Shall exist within the United States, or any place subject to jurisdiction, Plaintiff alleges she spent a minum of 2 years in involuntary servitude, Alleging the effects of the injected BRAIN DISEASE left her as a puppet and with the mental capcity of a child of the age of five to seven years old "tops". (U.S. Const. XIII Sec. 1)

The fourthteenth Ammendment right to be free to live without deprivation of life, liberty or property with out due process of law: nor to deny to ANY person withen it's jurisdiction the equil PROTECTION of the Laws) (U.S. Cons. XIV. Sec 1)

Treason. (18 U.S. CODE sect 2381)

Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the UNITED STATES or elsewhere, is guilty of TREASON and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the UNITED STATES.

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103-322, title XXXIII, sect 330016 (2)(J), Sept. 13 1994, 108 Stat. 2148 )

Plaintiff alleges that these elements are met because war was levied against her, and aid and comfort were recieved by her attackers. Which encludes every single Defendant in one way or another. They formed and carried out nothing less than WAR on my person.

(18 U.S. CODE §2384)

If two or more persons in any place subject to the jurisdiction of the UNITED STATES, conspire to destroy by force the Government, or to levi war are subject to penalties and fines

(June 25, 1948, ch. 645, 62 Stat. 808; July 24 1956 ch. 678 sect 1, 70 Stat. 623 Pub. L. 103-322 title XXXIII, §330016(N) Sept. 13, 1994, 108 Stat. 2148.

Due Prossess.

The Due Process Clause of the
14th ammendment is violated when
evidence is Knowingly fabricated and
a reasonable likelyhood exists that
the false of missing evidence would
have effected the decision of the
Jury. (JACKSON, 925 F. 3d at 815)

Plaintiff alleges that these elements
are met because WILSON, CLIFFORD,
BROWNE, and UNITED STATES knowingly
fabricated evidence presented in a Court of
Law and being criminal and in a criminal
U.S. Court.

1   UNITED STATES OF AMERICA, in its entirety.
2   JOSEPH BIDEN, in his individual capcity;
3   DEPARTMENT OF JUSTICE, a municiple corporation;
4   MERRIK GARLAND, in his individual capcity;
5   CHRISTOPHER WRAY, in his individual capcity;
6   OHIO ATTONERY GENERAL, a municiple corporation;
7   DAVE YOST, in his individual capcity,
8   OHIO SUPREME COURT DISIPLINARY COUNCIL, a municiple
9   corporation;
10  LAURA JOHNSON, in her individual capcity;
11  Hon. BEVERLY MCGOOKEY, in her individual capcity;
12  KEVIN THYAS, in his individual capcity;
13  MIKE HUGHES, in his individual capcity;
14  ERNIST WILSON, in his individual capcity;
15  TYRONE A. CARTER, in his individual capcity;
16  THE CITY OF DETROIT, a municiple corporation;
17  THE CITY OF MANSFIELD, a municiple corporation;
18  THE CITY OF RIVER ROUGE, a municiple corporation;
19  THE CITY OF LINCOLN PARK, a municiple corporation;
20  THE CITY OF WILLARD, a municiple corporation;
21  THE CITY OF ECOURSE, a municiple corporation;
22  THE CITY OF GREENWHICH, a municiple corporation;
23  THE CITY OF SHELBY, a municiple corporation;
24  THE CITY OF DEARBORN, a municiple corporation;
25  THE CITY OF NORWALK, a municiple corporation;
26  THE CITY OF SANDUSKY, a municiple corporation;
27  ERIE COUNTY COURT OF COMMON PLEAS, a municiple corporation;
28  CLIFFORD DOUGLAS, in his individual capcity;
29  MATHEW KISHMAN, in his individual capcity;
30  HURON COUNTY COURT OF COMMON PLEAS, a municiple corporation;

31 MANSFIELD OHIO HEALTH, a non-for-profit corporation;
32 WILLARD MERCY HOSPITAL, a non-for-profit corporation;
33 HENRY FORD HEALTH CARE, a non-for-profit corporation;
34 ST. VINCENT MERCY HOSPITAL, a non-for-profit corporation;
35 FIRE LANDS HOSPITAL, a non-for-profit corporation;
36 MERCY HEALTH NORWALK HOSPITAL, a non-for-profit corporation;
37 JUNCTION CLINIC, a private corporation;
38 MICHIGAN HEALTH CARE PROFESSIONALS, a private corporation;
39 WAYNE HEALTH, a private corporation;
40 CARDIOLOGY AND VASCULAR ASSOCIATES, PC., a private corporation;
41 TRENBTY HEALTH, a private corporation
42 THE GUIDANCE CENTER, a non-for-profit corporations
43 KEVIN FISCHER, in his individual capacity;
44 INEZ MCCASTLE, in her individual capcity;
45 AMY BOETMAN, in her individual capcite;
46 Dr F. GHANDOUR, in her individual capcity;
47 BLUE CROSS COMPLETE OF MICHIGAN,
48 ERIE COUNTY ADULT PROBATION DEPT, a governed corporation;
49 COMMUNITY EMS, a non for profit corporation
50 HANNEMAN FUNERAL HOME, a private corporation/comerical.
57 RIVER ROUGE PUBLIC SCHOOL DISTRICT
52 WILLARD CHURCH OF THE NAZORINE
53 FORT JEWERLY AND LOANS, a comerical corporation;
54 ANTONINO MATINA, in his individual capcity;
55 Michele DEGREGORIO, in his individual capcity;
56 FAISAL MUSA, in his individual capcity;
57 STACEY DUNCAN, in her individual capcity;
58 KIPLING DUNCAN / DANNI CAIN, in his individual capcity;
59 RICHLAND COUNTY CORNORS, a comerical corporation;
60 ED ZELENACK, in his individual capcity;
61 WOLF GANG MUILER, in his individual capcity;
62 JOHN FELTER, in his individual capcity;
63 ROBERT MAXWELL, in his individual capcity;

64   FATIMA GHANDUR MD., in her individual capacity;
65   THOMAS BLALOCK, in his individual capacity;
66   THE HURON COUNTY SHERRIFFS, a municiple corporation;
67   OHIO STATE PATROL, a municiple corporation;
68   COLT BROWNE, in his individual capacity;
69   ISICH BURR, in his individual capacity;
70   Shannon Lyons, in his individual capacity;
71   SHANNON CHAFFINS in his individual capacity;
72   ANDREW HANDSHOE, in his individual capacity;
73   CHAD BRUBAKER, in his individual capacity;
74   MICHAEL J. HANES, in his individual capacity,
75   Chief KEITH Porch, in his individual capacity;
76   ROBERTO CRUZ, in his individual capacity
77   WILLIAM CAMPBELL, in his individual capacity;
78   DABUMO MITCHELL, in his individual capacity,
79   TERRI CUPP, in his individual capacity;
80   Dr Vem MARCUS MD, in his individual capacity;
81   Dr. LaToiya REVELL, in her individual capacity;
82   JACOB COOPER, in his individual capacity;
83   GREGORY GUIBORD, in his individual capacity;
84   CALEB PAINTER, in his individual capacity;
85   SHAWN HORVATH, in his individual capacity;
86   SHRI TANEDAR PH.D., in his individual capacity;
87   LANCE OWENS, in his individual capacity;
88   DR. VESELIN DIMITROV MD, in his individual capacity;
89   DR. AILEEN NEWMYER, in her individual capacity;
90   AUDREY JENNINGS, in her individual capacity;
91   RONDA GUMMA DO, in her individual capacity;
92   KODY LEITZ, in his individual capacity;
93   TIMOTHY HODGKINSON, in his individual capacity;
94   RYAN RANDAL, in his individual capacity;
95   STEVEN HAUSER, in his individual capacity;
96   RANDAL NOTER, in his individual capacity;

129   MARK ZUCKERBERG, in his individual capacity;
130   META, a comerical corporation;
131   TARISHA PERNELL, in her individual capcity;
132   GREGORY GUIBORD, in his individual capcity;
133   NICHOLOS IRICK, in his individual capcity;
134   STEVEN HAUSER in his individual capcity;
135   JAMES POMERICH in his individual capcity;
136   A DAVEE POMERICH in her individual capcity;
137   LAURENCE BASQUIN, in his individual capcity;
138   MARK WASIAK, in his individual capcity;
139   PLUNKET & COONEY LAWFIRM, a comerical corporation;
140   WILLIAM BLAKE, in his individual capcity;
141.  Julia MARTELLO, in her individual capcity;
142.  JOHN ZAWACKI, in her individual capcity;
143.  ASTRIT HAJDARI, in his individual capcity;
144.  Dr. DERRICK R. COLEMAN, in his individual capcity;
145.  Michael WEIVER, in his individual capcity;
146.  BAHZAT YOUSSEF, in his individual capcity;
147.  SURAI RAIAN, in his individual capcity;
148.  PIYUSH N. SHETH, in his individual capcity;
149.  KAITLYN RUNDLE, in her individual copcity;
150.  PHILLIP CARL ROSMARIN, in his individual capcity;
151.  JESSICA LYNN ARMSTRONG, in her individual capcity;
152.  HON. TIMIOTHY CARDWELL, in his individual capcity;
153.  Sur        VOGEL, in his individual capcity;
154.  Dect       GLESON, in his individual capcity;
155.  JANICE     RENEE, in her individual capcity;
156.  NICLOAS WADE CREASAP, in his individual cupcity;
157.  A.
158   LISA ANN HOVER, in her individual capcity;
159.  SHANNON TRZCINSKI, in her individual capcity;
160.  JACKSON LIU, in his individual capcity;
170.  St. JOHN. RAY C, in his individual capcity;

97   SHEEREE ONEY, in her individual capcity;
98   STEPHANI MOSLEY, in her individual capcity;
99   KATHY TACKETT, in her individual capcity;
100  NANCY DUNCAN, in her individual capcity;
101  JAMES DUNCAN, in his individual capcity;
102  SHASTA DUNCAN, in her individual capcity;
103  VICKI DUNCAN, in her individual capcity;
104  RONALD RUFF, in his individual capcity;
105  CARLOS RAMEREZ, in his individual capcity;
106  DANIEL CULBRETH, in his individual capcity;
107  THOMAS GLINN, in his individual capcity;
108  ANTHONY KUCINSKI, in his individual capcity;
109  JOSHUA THOMPSON, in his individual capcity;
110  DERICK CUUNINHAM, in his individual capcity;
111  CHANEL 7 DETROIT, in
112  UNITED STATES POST OFFICE
113  PROMEDICA NUROLOGY, a private comerical corporation;
114  VRAJMOHAN PARIKH MD, in his individual capcity;
115  STANFORD RAPP, in his individual capcity;
116  DEPARTMENT OF HEALTH AND HUMAN SERVICES
117  PLUNKET AND COONEY LAW FIRM, a comerical corporation;
118  RVAN CHRISTOPHER CAMP, in his individual capcity;
119  KRISTIN PALMER, in her individual capcity;
120  KATRINA A MCEUEN, in her Individual capcity;
121  FOX 2 NEWS DETROIT, in it's entirety;
122  RIVER ROUGE FIRE DEPT. a municiple corporation;
123  ECOURSE FIRE DEPT. a municiple corporation;
124  STATE FARM INSURANCE, a comerical corporation;
125  STEPHANI HAMME, in her individual capcity;
126  BRAD BAYNAI, in his individual capcity;
127  SK ELECTRIC, a comerical corporation;
128  THE JOSHEPH DEDVUKAS LAW FIRM, a comerical corporation;

171. DAVID PALSTON, in his individual capacity;

172. MARC PALAGALLO, in his individual capacity;

173. KATRINA A. McEUEN, in her individual capacity;

174. CHELSA SHAW, in her individual capacity;

175. AMY C. JONES, in her individual capacity;

176. TARA BECKER, in her individual capacity;

177. GILBERT LEE TAN, in his individual capacity;

178. RYAN CHRISTOPHER KAMP, in his individual capacity;

178. LAURA LEIGH POND, in her individual capacity;

180. KIMBERLY PAYNE, in her individual capacity;

181. PATRICK SMITH, in his individual capacity;

2. FAITH PROIETTI, in her individual capacity;

183. ASHLEY WEEKLY, in her individual capacity; and

184. RODERRICK JOHNSON, in his individual capacity.

# GENERAL ALLEGATIONS (73pgs)

[1] On Feb. 14, 2001 the Plaintiff states she recieved a phone call from Kevin Thyas, "UNITED STATES OF AMERICA" "FBI". Plaintiff states she was told she was wanted in connection with a murder.

[2] Plaintiff states she told Thyas she knew nothing about such crime(s) adding "take me to turn myself in and clear my name".

[3] Plaintiff states she followed THYAS "USA" "FBI" downtown Detroit, where she met with two w/M's. She states she was ask questions and released w/o signing a statement.

[4] Plaintiff was ask to agree to gun powder residue test on her then vehicle, in which she agreed.

[5] Plaintiff states she recieved a second call pertaining to Mubarez Ahmed being picked up on the double Murder charge(s) the following day. She states MICHAEL HUGGHES was the caller.

[6] Plaintiff states she heard nothing about the case, and assumed Mubarez was guilty, She adds she thought this until his final release date.

7. Plaintiff states she was contacted sometime in 2015 by the Michigan Innocence Project, having two visitors representing AHMED show up at her home asking questions.

8. Plaintiff states around the same time MARC WAISKI came into her life, portreying himself to be a loyal customer at the club she was employed at.

9. Plaintiff states she noticed WAISKI, hacking into her devices around May of 2018. WAISKI after telling her he went to Toledo, to learn how to work a "APP." he instantly made a habbit of sending her messages, then deleting them after they were sent. Her screen shots will show, different colored) message log's and messages to him in refrence to the sent messages being deleted.

10. Plaintiff states Patrica Little "DPD" contacted her in April of 2018. She states LITTLE decieved her into signing a statement under false prefences.

11. Plaintiff states she signed a statement against the United States of America that day, unknowing she signed away her right to live. She adds, "She only told the TRUTH, The WHOLE TRUTH, AND NOTHING BUT The TRUTH in the said statement.

[12] Following the statement and the release of AHMED the Plaintiff returned home to a house fire.

[13] She incountered a w/M posing as an EMS worker, he even had a shiny bright red truck, with the numbers 777 all around it. He had a stretcher laid out, waiting for me. On the ground, coverd in a white sheet, was the best friend I ever had. He said she didn't make it, He also said he tried to recessitate her. He ask me to lie on the stretcher and be checked out. I noticed he held an oxygen "type" mask. I declined due to my been drinking and driving upon arrival. I was unaware he was FBI at that time due to the "hoax" and the chameleon abilities they take advantage of.

[14] Cali was stiff as if she were standing on all four legs. She also had a very "odd" smile that stayed upto and after burial.

[15] Ruff states she encountered State Farm Insurance, Brad B        , and Stephani Hamme following this tragic life changing event, and was betreyed. She was placed in temporry housing around Nov 2018, 24. By December State Farm, United States and the home owner intered a consparisy to enter the property under false pretences. A female, two males and two other males were all trying to come into the property

forcefully.

[16] Ruff states she heard knocking, and observed a female at the door and two w/m's coming from a large grey van. Carrying some type of lugage. They claimed they (she) bought the house and was in need of measuring the closets. When I did not answer right away, The female stopped a Plumbing truck that was driving down the street, She pulled out what looked to be a badge. She said "HEY, I NEED YOU TO HELP ME GET INTO THIS HOUSE". The driver then got out and attempted to gain access to the property. I told him, I just heard and saw everything that happened, adding everyone better get off my property, Threatning to call 911. The lady said go ahead. The two males were not in agreeance to stay around for the cops.

[17] Ruff states she left the same night and became homeless. Sleeping in her car threw the blistering cold days of winter. Finding refuge at truck stops and well lit rest areas.

[18] Ruff states she went to stay with her mother NANCY DUNCAN before she was placed into tempory housing, but fled for fear of danger to her family and found proof of mutiple viruses on all her divices.

**[19]** Ruff states one particular virus, was of a 'ring time door bell,' it's features allowed the stalker(s) to access the device info as needed, persay, when you pick up the phone in the morning it would allert the reciever(s) with a picture of you looking at your device. It was easy to tell WAISKI was at least one reciever as he took full advantage of this feature. In doing so he would be the first one to contact me daily and the records will prove this.

**[20]** Ruff states there were also virus(s) that could manually turn off/on the device(s), and automatic access to the camera and mic. She states upon findin these APP(S) WAISKI was monotoring in, text her right away and said he was sorry. But later denyed it upon being confronted. The foot print of this text and my search(s) will prove this fact.

**[21]** Ruff states the week she suffered the loss of Cali and her home she was at WAISKI's property staying tempory, when he stopped by to visit. She after consuming her food had a very bad reaction. She later ended up in the hospital having thoughts of sueside. She never before had ungodly thoughts and couldn't under stand it. She did not know WAISKI intentually poisioned her with "biochemicals."

[22]
Ruff states around Jan 2019, while driving down I75 in the city of Detroit, her driver-side passenger back window was shot out while traveling app. 55 MPH. DANIEL GONZALEZ was a passenger in the front seat during this encounter.

[23]
Ruff states Febuary of 2020 she recieved notice of subpoena via mail but did not sign.

[24]
Ruff states she had verbal contact with WILSONS, Lawyer in March of 2020. She states in this conversation he tells her he wants her to testify. He ask her "IF SHE WERE TO BE MURDERED, WOULD HER SON KNEW MUBAREZ DID IT!". She states she soon ended up being followed over 100 miles from home by two BIM in a large blue van. Ending up in the small town she was staying in, and driving up the road in front of the house for about 45 minuts. She called 911 contacting the Richland County Sherriffs Office. An officer come out and took the report, or a report as it was not as detailed as my statement "missing key details" also it was never followed up on after multiple request.

[25]
Contact was then made to Wolf Gang Muller with details, encluding the Michigan plate #EEIC1562. He told me it was FBI but gave no further details. Only ask for the deposition.

26

The day before my attack I sent a group message to PATRICA LITTLE, WOLFGANG MULLER, and MICHEAL W          The text said "this game is over". Just the day before DANIEL CULBRETH, told me that Mubarez had come by one of my family members house in search of me. I explained that as well.

27

In the conversation with PLUNKET & COONEY, MICHAEL W          I was told that the two lawyers were friends with the same ajenda. For this reason I made a group text.

28

That night I found info on GSM Interseptors. I knew then I was being followed every where I went as I had mutiple devices that were tampered with, and now knew how.

29

The following day, 11th day of May 2020, I recieved a knock at my R.V. door. My neice Kaitlyn told me, my sisters Stacey wanted to speak to me. She said it was important, but she was not on the phone. I fell into a panic while calling to get no answer. I called my aunt Sheeree Chey to hear my youngest sibling was taken to the hospital and was unresponsive. I was told by SHEEREE, he was found at 4:30 AM on the phone. I was given the location of Shelby Hospital. I ran as fast as I could to my car. On my way,

I went, straight into my demize.

**30** Upon arriavle I was met by family, ONEY, STACEY DUNCAN, NANCY DUNCAN, STEPHANI MOSLEY, CAROLYN JOHNSON. I encountered a B/M matching the M/O of the driver of the van right away. He was posing as a security guard that day. We waited paitently for a EMS to transfer him. I waited in my car alone as I was always sure to not stand around my family as I knew there was danger.

**31** I saw the EMS. load him up and pull off. I was stunned that none of them tried to jump in. Nor ran for their car. They all just stood in a straight line in front of me, staring directly at me, all straight faced! ONEY said, "BOBBIE GO",

**32** I soon saw the #777 on the truck, as I began to follow it, I first noticed the MICHIGAN PLATES. I was in a full fledged panic. I was scared, but now more scared for my "what I thought was" helpless baby brother. My fear for my life was over-ridden by the safty of my brother. They planned it perfectly as to install more fear as, "At times" we were going 70-80 mph, crossing railroads with trains coming tward us, (W/CROSSINGS DOWN) running red lights and such. Nearly missing cars we were passing and pulling in front of, See they seen the EMS. but was not aware I would be

directly behind them. Soon, during the 13 mile trip,
we were now on side streets in residentual areas
going under 10 mph. At this time I stayed back as I
felt danger.

[33]  I was unaware of my family's involvement and
only cared about the welfare of my sibling. They knew
this was my weakness as they have studied me and my
every move to know I care about nothing more.

[34]  I followed them into the hospital silently. We
ended up in a elevator going one floor up. To the
sergical ICU "room          " while in the elevator, the
male, "whom was with X3 W/F", sorta lunged at
me. I grabbed my purse tight, he stepped back.
I didn't realize until later, "HE WAS THE SAME MAN
STANDING OVER CALI, THE MAN WITH THE STRETCHER AND
MASK "FOR ME", WHEN MY HOUSE CAUGHT FIRE! "

[35]  I was ask to sign for medical treatment
for my sibling. In a panic I signed, I noticed
the paper work was blank. I was then offered
water. I was given a small striphome cup, in which
I was not interested. I didn't know they could
poision water then, "but I do now"!.

[36]  I waited paitently after the (EMS./F.BI undercover)
walked out and told me "GOOD LUCK". I in a very

mean tone. I spoke with Dr. Maxwell, (ROBERT MAXWELL)
he told me chances are slim he would wake up. I requested
a brain scan and told MAXWELL to by any means necessary
SAVE HIS LIFE! I did not accept that he would not
awake. While paitently waiting I notice just silence
in his room. I refused to leave his room side but was
never permitted to enter. I switched with my mother
about 7:30ish. I had been texting her updates on
his condition and treatment. She told me they would
not let her up in the beginning as I was ready to leave
as soon as I knew danger lurked but by no means
would leave him alone.

[37] She went up for a bit, returning saying "THEY
SAID TELL BOBBIE TO COME UP." I was very alarmed
as I told NO ONE my name and very slopily wrote
it on medical documents. I declined to go and
expressed my issues about the Michigan EMS
transfering him. I was shunned off.

[38] Stacey insted went up, she returned with a
video taken at 10:30 pm. It was of him semi/reacting.
My family also knew my passion for them as we had a
prior simular expierence with my younger sister Vicki
CAISON, she over dosed and the doctors could not wake
her. "I did." I demanded her have proper care when
they too wanted to give up on her. As my family stood
back I stood strong and was able to save her life.

[39]   Sheeree ONEY went up after Stacey DUNCAN
returned, as I was still shaken from the events
of the day. I, after seeing the video wanted him
up. I messaged Sheeree ONEY mutiple times (x2)
she told me, "just wait a bit longer"

[40]   I went up with STEPHANI MOSLEY as per request
from my mother. Her and SHEEREE ONEY went in
together, "EVEN THOUGH THE RULE WAS SUPPOSED TO BE ONE PERSON"
they were very brief, like less than one minute
brief.

[41]   Sheeree told me to wait adding the DOCTOR
had to do something. I later found out he had to
place the freshly thawed plasma in the mouth and
nose of (KIRLING DUNCAN / DANNI CAIN) using oral
transfusion method(s). Looking threw records I discovered
it was being ordered threw out the entire stay. Yet
he never recieved a blood transfusion "per records".
Infact his records indicate he had minum. blood
loss.

[42]   I walked into a dimmed room, with the looks of a
doctor on the far end of the room with a computer
in front of him. A closer view, walking in, I saw the
looks of my sibling bleeding out and having some
type of choking attack. Stunned, I ask the male
portreying to be a doctor, "What was going on, in-

particular, I ask him, why was ALL that BLOOD there! He replied calmly, saying " I DON'T KNOW, PROBABLY FROM HIS SURGERY. Then he stood there, staring directly at me, making strong eye contact. Being the horific scene, I could only think to PRAY. In doing so he then said, "I can clean that out for you", He walked around the bed to my side. Stood in front of me and was now between my brother and I as I held his hand the entire time. As the suction started I was hit in the face, with a blast of chemical. I had a automatic reaction, but was unaware of this kind of attack. Being Covid restrictions started "not long" before that, I had on two masks. As a result the effects were mild (er). I did not pass out but did get every single effect leading up to it. He ask me if I was okay as I shook it off. I removed my jacket and one mask as I to aired out the other from feeling shortness of breath. I thought I had anexiety due to the circumstances and kept praying. He again request to use the suction as I prayed. I observed my brother as a distraction only to be attacked with "SLEEPING GAS" again. The effects were of the first but more intense.

[43] The blast of chemical hit my face the second time, with the same force as the first. My heart started pounding, sweat formed on my intire body,

my hearing tuned to a different frequency, I saw smokey grey cloudy blured vision that soon turned to pin point vision before I went out. He ask me again if I was okay. This time I found my self unable to respond. I let go of my brother's hand and tightly gripped the bed rail. I then felt my entire body go numb. I am looking straight at him and him I, when he yells or says "CODE ASSIST / CODE ASSIST." I soon saw my face in front of the rail, looking at my still tightly gripped "LOOKING" hands i saw my self falling slowly or I seen it seem as I was falling slowly for I could feel not one single thing, but fear."

[44] I know I hit the floor but did not feel it. I awoke with a huge gasph of breath, opened my eyes and saw the male portreying to be the doctor and DAVID SCHNEEZ in my face. "DAVID SCHNEES JUMPED BACK" and stood up fast. The F.B.I. agent ask me again. "ARE YOU OKAY," I said "YES... I GOTTA GET OUTTA HERE," I noticed my upper body was being held off the ground by the FBI agent whom attacked me with the chemical Weapon of War. Both my arms were opened wide. I was unaware I was attacked again while out at that time.

[45] I stood up, and it seemed the room was

Spinning, my vision was still hazy and my hearing was way off. I noticed a female standing where my property once was. I ask for it mutiple times before Screaming "GIVE ME MY PURSE." DAVID SCHNEES went behind the door, grabbed it and handed it to me with a long arm. He before that said "I DON'T KNOW," when I ask. I went into the hallway feeling confused and ask where do I go, "loudly." The female said "DO YOU WANT ME TO WALK HER DOWN." Those three lines were said as I awoke. "NOT ONE MORE SINGLE WORD."

[46] I noticed the blood had been removed and my brother was no longer shaking to a stiff and choking on someone else's blood, for he was peacefully laying there.

[47] On the way up I was greeted by the same B/M as at the hospital in Shelby. I ask him about our encounter he said he works both places.

[48] I was walked to the elevator and sent on my way. I was very confused and kept repeating "WHAT JUST HAPPENED." My mother ran past me and ran up to my brother. I had sent her a text at 12:24 Am 5·12·2020 that read, "IM COMING OUT, THEY TRIED TO CODE ASSIST ME." She never ask me anything, just ran past me.

49    In the parking lot, Destany Oney checked my
pause and told me I was white as a ghost, Sheeree
just rocked back and forth in fear, Stephani too.
I was unaware I had just been attacked with
weapons of war, recieving a heart attack and
a brain disease but they were not,

50   I was not supposed to come out of that
hospital per their plans. I never left even after
that, I left to rest in the early afternoon of 5-12-2020
briefly then I went to pick up my RV. I parked it in
the parking lot I was the _ _ _ the last one
to pull out. I was the only one who never left.

51   I noticed a blister on top of my right hand in
which I drained of clear fluid. It soon turned to
look as a cigarette burn. But felt like neither.
It now has a scar of the same magnitude only
now is visable skin death under kneeth as
well, with two perfect needle holes in the center.
I can only assume I awoke as I was being pearced.

52   I returned back to room 3009 in the afternoon
of the 12th day of May 2020. I demanded to speak to
DAVID SCHNEES as Stacey was bragging the night before
he was a good nurse. I also demanded to know what
happened to me and to see the blank paper that I
signed. I was told SCHNEEZ was not working and

presented with a paper with my name signed but then had "CHEST TUBE SURGERY" for Kipling DUNCAN." Upon looking threw the records. I discovered SCHNEEZ was there when I ask. Also there is no record of me signing for any medical care, in fact the records indicate my mother NANCY DUNCAN signed for all medical care. Also MAXWELL is completly missing from the records. I heard him order said surgery and brain scan. He did it while talking to me. (around 5pm)

[53] We talked about services on the 17th and ONEY and STACEY DUNCAN said they choose HANIMAN FUNERAL SERVICES that day. Yet upon looking in the hospital records, they indicate the 15th day of May, that he was to be laid out at "HANNIMAN," "premeditated."

[54] While laid out at HANNEMEN in a casket pretending to be dead I rubbed the top of his hand but was to drugged up to acknowledge dead skin don't move. Also I noticed a large bubble type pad on his chest and stomach. On the final good byes. I was the last one at the caskit. I moved his arm/hand back into place as it had fallen out of place. I was unaware of the effect(s) of rigermortos at that time as well. The casket was closed as I was pushing it up. Then everyone had to step out. That's when he got out. The pall barriors were then let in to take the casket.

[55]

The funeral director told me he was well preserved and he did not need much make up. I ask him where was the BODY and who identified it. STACY DUNCAN agreed," She identified the body. He told me my sibling was at his house. I questioned this and was told he has a mortuary in his basement. I later called to find out, None of the many businesses owned by HANNEMAN had a morge in the basement. In fact the CO2 guidelines specifically restrict such places. I paid by check to HANNEMAN FUNERAL SERVICES for a funeral for a suposive dead body. I paid for the burial and casket. Stacey did pay half with the money given to her from the FBI. (15X) SHEEREE ONEY paid up front and was returned the cash by STACEY DUNCAN. This was on the first visit to the funeral home. Sheree said she wanted to buy plots to start our family plot. She bought 4 and put it in the middle.

[56]

The week of the funeral I had some KT-tape missing from my camper. It was placed back in the same spot I left it about a week or so later. JAMES DUNCAN was the only one with a spare key.

[57] I had many simptom's that arose at the hospital that stayed up until almost two years later. I seeked help from my family, but intern was further brain washed and minupulated. Infact I was minupulated

all the way until I got better and afterword. I suffered dearly ending up in the E.R. of WILLARD MERCY HOSPITAL almost a month later. I was told I had vertigo and offered a shot for anexiety, in which I declined. The shot was of the same measure and color of the ones I was attacked in Firelands with. I took an EKG test that came back abnormal, but was never told of this fact. I was suffering from surviere heart damage and left untreated. I was always dizzy and found it dificult to stand up with out being dizzy. I did not speak of my attack then due to extream fear for I had already known something happened in that hospital room.

[58] I decided to stop being afraid and live before I died. This was not the outcome the FBI were expecting. I lived suffering and in fear of the hospitals there after. My first visit back was to my lifetime M.D. doctor John. Only he was not there. I was seen by a W/M with the same M/o as my attacker. He is nowhere on file as a doctor that i've found. Upon further inspection I discovered he used Dr Eric              credentials on the medical chart he hand writ and the prescreption(s). I was given breathing treatment(s) there and to take home. After x2 treatments my oxygen levels were 76 (x3) he checked to get the same results. He wrote it down, then crossed it out and told me the machine was broken. I left and bought my own device to see the

machine was correct. My oxygen levels were way
low, "HOSPITAL LOW". I also expressed about a new
mass that appeared on my wrist. It was ignored,
by he saying you don't have insurance so don't
waste your time. On this day I noticed my dictionary
sized records were no longer there, I had a folder
with one single sheet of paper in it. Upon asking
for and about my records I was given a letter of
explaination. It state(d)(s) I had not been active for
a period of 2 years and my file was destroyed. My
then paid lawyer CLIFFORD kept this letter for some
reason. I do have the origional as I only gave him
a copy. I found reciepts where I paid cash that prove
this story/letter was a cover up.

[59] I after fasting threw Lent, I recieved a miricle on 15,
April, 2022. I could see again, I could hear too, I wasn't
so clumsy and dizzy either. I praised the Lord for I
knew only he could be responcable for this. † Praise BE!
The same day in the wee hours of the AM, I went to
Wyandotte Hospital HENRY FORD. 4-15-22. I was very
dizzy with chest pains. I told the ER doctor I was
attacked and showed him my scar. He said it looks
like a bad IV. I told him I had no IV nor used IV drugs.
He tapped my hand and said, "YOU'LL BE ALRIGHT." I
left feeling discouraged but God showed up that
very same day.

[60]

I was angry when calling my mother. Her and I talked every day 2-3 hours a day, "UNTIL THAT DAY," I told her I had waken up. See the brain disease doesn't fully kick in until it travels threw your body and attacks the correct part of the brain. I was able to write notes and give full detail of the attack only I couldn't remember it I thought but after much research I realized, I couldn't think about it, or anything else for that matter. I remember it and all my other memories that have subsided. I just thought I didn't remember things. And I did things like misspell words. ↑remember. for some reason it was always the middle of the words that were (missing). I noticed I too was speaking like this. I relearned myself to read and write / spell in the months leading up from God's gifted AutoAMMUNE ANTIBODY. AND it's no secret, "I STILL GOT WORK TO DO", I know if I don't make any more progress, "I AM STILL FOREVER GREATFUL FOR THE LENGTH I HAVE COME."

[61]

That was the first day I spoke of my attack, not because I didn't want to before, but because I was mentally incapable of doing so. Even then I was scared.

[62]

I was looking up things pertaining to the fake funeral leading to this unknowing my devices were being monitored. My whole life was / is monitored.

[63]

Knowing I had been here the whole time was a smack in the face for me, as I had first assumed I had died and ended up on another time line, Mutiple video's were suggested to lead me to believe this therory. A whole year's worth to be exact. Once I was sure, I wanted out. I searched for vidoe's on UTUBE on as how to get out of the "thought up" time line, I saw three single vidoe's. The most interesting one said I could run into the new time line, the other said I could take a hot shower and breathe very hard until I fall into the next time line. That very day I left that theory to rest. For I was in very bad health, suffering from a heart attack / damaged heart & brain disease effecting all my organs. I could barly take a warm shower w/o being short of breath at that time. And running would have for sure caused sudden death.

[64]

I assumed I must be in a Coma for I knew a part of me never left that hospital room on 5-12-2020. I studied this up until the ending of the two year mark. I then found DANIEL GONZALLEZ in DETROIT RECIEVING hospital in a coma in Febuary of 2022.

[65]

I saw he was a witness to the state per. procesicuter report just one month or less prior to his new condition. It lasted about 6-8 weeks when he awoke he told me he caught a virus that

made him go crazy. Specifically (Parkinson's symptoms) hallousinating and doing weird things with his hands. I recently took him back to DETROIT RECIEVING due to his legs not functioning and his inability to walk. I ask for MRI & EKG test and see the results. They are simular to mine only my heart is no longer swolen. His MRI shows white matter inconsistancies in refrence to (SMALL VESSEL ISCHEMIA) I told his doctor he was attacked and pled for them to help him. I was ignored and restricted from access to medical information.

[66.] I had been pulled over in Aug of 2020 at that time I was looking into my brothers "then thought dead." at that time. I was also a Federal subponeaed witness. By that time I was trying to get caught for the stress of the case overwhelmed me. I was intrapped by COLT BROWNE of the (HIGHWAY STATE PATROL OHIO) I alledge whom ever he was on the phone with, when I was approaching him was STALKING/TRACKING me and my person entirely, unlawfully of course for I had did nothing wrong. BROWNE presented a video of his misconduct that was first completely wiped of the misconduct. I spoke of it in court, only to recieve a bit more but never have recieved it as a full untampered with piece of evidence, that was presented against me in a criminal case in the Court of law. I am currently in Appeal still requesting the evidence getting no responce Aug 15, th 2023, I put in the request I believe may 31st. The video evidence proves the corruption as well as

he taking advantage of my injected illness/disibility.
Mostly it proves he had Knowledge of my warrent(s) and
Knew it was a pick up anywhere in (AMERICA). I told him
I was in fear for my life and told him of DETROIT .P.D,
F.B.I. And Mubarez - ALKIDA - which I thought Mubarez
had a hand in it. Until I read his deposition and discovered
he may well too, be a victim. BROWNE only wanted to
strip me of my fire arm. Also the video proves what the
COPS didn't tell us about Covid-19. BROWNE swore to
statement(s) the video evidence conterdicts, yet
was ignored when brought to the Attention of Hon.
Mc Gookey, Kishman, & CLIFFORD. In fact the video
evidence first questions the missing audio footage
giving time stamps. Some video at two points were
then input, One audio, Two video and audio. Still
missing audio and video from my stop. The video shows
how my mind was working as when ask my phone # I
gave half of my then current # and the other half was a
# from 5 years prior. I knew something was wrong and
questioned it out loud, repeated the last part and said
Yeah that's right. So I knew something was off, I double
checked it, and still didn't figure it out.! This was
my life for almost 2 entire years. Even though I was
stopped and my fire arm stripped from me in Aug 2020,
I was not charged until July/after July 2021 that was
the day of the 10 million $ settlement MUBAREZ
won in civil court. He sued for 105 million. I believe
I was charged a little over a month after the civil

suit was settled. BROWNE used a decoy person to further his plans with me that day, a MICHEAL ROBINSON, in his 50's "he said," He showed m. a picture of the W/M and this was recorded in the video evidence first missing then upon request and speculatation of putting words in my mouth, as the video was cut to make me look incriminating. I ask for any and all information of MICHEAL ROBINSON to be presented by email to CLIFFORD. I never recieved anything until the day the case was dismissed. That day the court had returned the 320 page missing file I had been requesting for several months, They said CLIFFORD returned it the day before. CLIFFORD kept certain things. I had requested my brothers hosprtal records back as I had not copied them, They are of the ordered and thawed Plasma used to distract me when I was attacked with weapons of WAR. He like the doctors note, kept the last page of every one of my cry for help letters. One thing I had never seen before were the many papers (LAW'S) on how to lock some one up involentarrily against their will if they are mentally ill. These most likely arose when I got the suprise hearing on compentancy. By the time of the hearing I had been given / gifted the UNKNOWN To mankind UNTIL ME - AUTO AMMUNE DNA ANTIBODY. I didnt know it yet but I know of the miricle in which I recieved from my father. The hearing results were no doubt condusive. They said I was competent enough to stand trial and if need be I could fully represent myself.

I guess God knew what they were trying to do to me and had other plans. I did see two particular items of paper in my file I had never seen before. It was of a B/M in his mid 20's if I don't recall. His name was MICHEAL ROBINSON. He is by no means the same male that was shown to me in a picture by BROWNE. Infact just like WILSON, I knew the M/o of the guy. I am not sure if CLIFFORD showed this to the prosesution or not. I do know when ask how CLIFFORD knew about the tampered with evidence and had axcess to or edited it himself. I told the Court I was attacked and I told them why in detail. Giving CLIFFORD mutiple pieces of evidence, as well as speaking my peace. I also put in a motion to remove council "in detail," it was ignored. I agreed to let them keep my fire arm knowing I had protection beyond any weapon on this planet. They dismissed the case. I only accepted due to the overwhelming presure being installed by the UNITED STATES, D.P.D., R.R.P.D., and D and Burn security/gang stalkers. Coupled with the infiltration to my doctors office in which I was cut off my anexiety medication. or cut down insted of up like requested. I put in for an APPEAL as I soon found out the firearm ceazure became a part of my perminate record. It was if I had committed a seriouse crime. I realized I could pass no background check and I would never be able to get a normal job. I

[66] already have been struggling since the start of this WAR, UNITED STATES, and WILSON created. Now I Know if I do not get it off my record I will never be able to obtain proper employment.

[67]    My first Pre trial I saw LIONS in the Court, as well as many others. I was not invited in, It looked as if he were testifying from the view outside the door, BROWNS I believe was there this day. However, When ask for the transcript this whole date is missing. This is the date trial was set. I was never told what was or wasn't presented as evidence. This is a total Constitutional Right attack on me. A hearing held w/o my Knowledge and the fact that it is being concealed is far beyond misconduct.

[68]   I reported my attack(s) to MANSFIELD P.D. May 5th 2020. I went back three times. Each time I wanted JUSTICE and a proper report that was followed up on. I can honestly say I've never had a experience like that in any other police department. The mental

[69]

May 22nd I discovered lights of red color on my smoke dectors in my entire home. I removed them to then at 4:30 A.m. have some one on my porch putting their hand over my door camera. I yelled, pressed my panic button on my alarm and x2 car alarms. I was called by POLICE MONOTORING. only they (SHE) said "Hello, this is simply safe on a recorded line" I questioned her about the caller I.D. She replied "IT DOSE THAT," I hung up, She called back, She said, "THIS IS SIMPLY SAFE, ARE YOU HOME ALONE," I hung up and dialed 911. She intercepted the call via interception device from STEM ACADEMY SCHOOL. She said "THERE ARE NO UNITS AVAILABLE," No cops ever showed up.

[70]   I left to OHIO having my sister CAROLYN JOHNSON pick me up the following afternoon. The next day or so two days later actually on the 24th I had found my brothers new name on STACEY DUNCANS, Instagram, I called WOLF GANG MULLER and the WILLARD P.D.. I spoke to HANDSHOE on the 24th and some one else I cant just put my finger on. I called on the 25th to report the crime of extortion on behalf of my paying for a false/hoax service. I was ask where I was. I told them. Less than an hour later they were knocking at the door, demanding to come in. Sgt LIONS +2 were present at the door. They sgt Lions. had a pink slip signed by the Huron COUNTY COURT OF

Common Pleas, I believe if not its the Probate Court and will be confirmed before trial. They said they were there to help but only took my CIVIL RIGHTS COMPLAINT and recorded my emails and paperwork on his body cam. (Sgt LIONS) (HURON COUNTY SHERRIFFS). There were x2 W/M EMS drivers /Heck's. They strapped me in and off they went to NORWALK, MERCY HEALTH. I totally complied with everything bestowed upon me. I was watched like a hawk. I told them of my attack and of my (unknown at that time) heart condition. I was ignored. I called family to see if some one could come down. My aunt KATHY TACKETT showed up saying for support. She talked to the "then called" PHYSCITRIST. After their discussion she left and they took me to FIRELANDS HOSPITAL. There I was drugged upon arriavle. The mutiple medications on my records indicate medication in which could cause PARKINSONISM was given in two seperate doses. This medication is for diseases in which have no cures. There were other medications stated as well. Combined they would totally incompisitate a person for an extended period of time or cause sudden death to a heart paitent such as I. A nurse named RISA was the only one I spoke to that night. Around 3-4 am I awoke restlessly to find her watching me from two different angles. I hadnt even stepped out of my room at this point. I was unaware I was drugged for I signed documentation to refuse medication I told them I would take any test and if need

be I would be medicated. At this time I was way better than I had been in over two years and I by no means wanted to go back. I only was given a T.V. dinner and a juice. All the medication was placed in the food. Luckly I never liked TV dinners and only took a few bites. I was drugged daily, following lunch I would get a reaction. I complained and was punished for it. My mouth was numb two days in a row, my face too. The second day I got very ill but I passed out first. I awoke vomiting like the excersist or something. The poision was ejecting from my body. About 1 hour in I stopped vomiting. My face (bottom total) and my throat were both numb. I got angry and demanded a drug test. The doctor DAVIS denied me the right to the drug test. I was instead attacked by 5 officers, assulted, my face blead out and dried before I was released from the straps that held me to the bed. I was then injected x2 with mind altering drugs.

I screamed out "FATHER WHY HAVE YOU FORSAKIN ME" for I did not understand this kind of abuse. Just then, a cuff came loose. I was able to pull the cover over me and pray knowing I had some comfort. I thought I would die right there that day. God kept me awake and allert.

No one on the unit messed with me after that, in fact into the second day after

they all shook exsessivly. A girl come in that day LORI she was born in 1985 she said, She had a huge fake diamond ring on. She also had a fake life and a fake husband. Steven a Heather also joined STEVEN (HURON COUNTY SHERRIFFS) they come to watch me, "every visit, mutiple times in the day." LORI was decieved and came for one reason, MURDER, She was hired to take me out. I told her my story and all the others with nurse Ashley on Lori's 1st day. She backed off but not for long, That night after a briefing from STEVEN she was ready to attack. She come close, pacing back and forth in front of me, huffing and puffing, The lights wore very dim and every one was sleeping. Besides nurses Bobby / 2nd? learlier ask about the ring as they tried to take my cross. Bobbi said she was alloued because its sentimental I believe. I ask LORI, was she alright as I read the word of the LORD peacefully. She stopped pacing and said she was confused. The next day the kitchen tried to get me again. Eventhough I ordered all closed food's they pierced my tuna packet and my muffin. I expressed these findinds with passion, Only to find X3 B/F in black scrubs come in and tell every one to get out. They cleaned up the mess and took the poision food and packages. LORI saw this, she did not eat after that. I was given a drug test after that it came back nagitave they said,

upon looking at the records, I noticed they put a cap
level on all the drugs they had given me. In this manner
the test would come back in their favor. I also was
presented with my second EKG after my attack or
just before. It said it was normal but my name
was on it, like an offical document. I now know I
will never recieve a test of this nature with normal
results again for my heart is perminatly damaged per
doctors results. I also know that test was not of
my heart, it was fordged. I printed out my records
early on. When I went to print them out again i realized,
they too had been altered. There were no longer specific
times as to when the medications were given. I gave
CLIFFORD this INFO and records. He kept them
hostage until the case was dismissed. I made copies
prior to giving him them. The doctor speciffically
said I said something about the devil that he did
not understand adding, I said they are all
going to hell. He clearly understood what I
said. " I ask him dose he believe in God, ? He
replied, YES! I then ask him did his partner. He
replied, YES! He then ask, WHY? So I told him,
"BECAUSE, I JUST READ ABOUT YOU, IN THE BOOK OF
LUKE," IT SAID, "TWO MEN WILL BE LAYING IN THE
BED TOGETHER, AND ONE WILL BE TAKEN. I ASK,
him then, "WHICH ONE WAS HE." He stormed out,
but I was clear and he fully understood what
I said. Maybe he didn't understand the whole

thing, but that so between him and God for I am no judge, Also I know there has to be a reason God took one. So it's not about what the world has made it out to be, more what the world UNITED STATES has made it... I only used this BIBLE QUOTE as defence for many weapons were formed against me. I also told him the medications were weapons and poison, adding, NO WEAPONS FORMED AGAINST ME SHALL PROSPER. I fought for my life in that holding cell for the wise. I told the truth 10 straight day's, Telling everyone and any one. By that time I started acting like I was taking the mind altering medication(s) due to the fear of being overdosed. I told Dr. Marcus on the 10th day that I was mixxing my dreams up with reaility, I told him I did not know why I would think the FBI were after me or the police. I never denied my attack, I just didn't speak of it. They had cut my phone calls down to one a shift because I was calling lawyers. They reported I called the police but that is fabricated. There were plenty police there and they were doing nothing. I was trying to get help and got shut down.

71

I wrote a letter to President Biden, my SISTER CAROLYN JOHNSON over nighted it to the White House. No one ever came to help. I later called the White House several times. One

I recorded. They shunned me away even having laughs in the back ground. I begged for help but was again ignored. I wrote when my life was in grave danger. I plead for help. I gave details as to the fake death hoax and my attack.

[72] I met Benjaman Parker while at FIRELANDS HOSPITAL. He was attacked in the same manner as DANIEL GONZALEZ and I. Ben was being highly drugged on top of his condition. I tried to help Ben. I told Dr. MARCUS to get him a bone marrow biopsy. I knew or thought Daniel Gonzaller had this procedure. He told me I need to mind my buisness. I then wrote a letter to his brother and hand delevered it. I wrote another to his wife but his sisters showed up so I gave it to them. That was the last night I saw Ben up and or awake, besides day 2 he come out urinated on the floor and wall and was put back out. He had a nurse at his door from that point on. Day 3 I saw RISA taking a bag with multiple medications encluding oxi codne to administer them to him. Ben repeated the same thing I did for two years, "I just need to wakeup", He hallousinated daily with his eyes and hands, But could hold a conversation in detail. He did the whole chicken wing dance with me the night before

he was put out, but they claimed he could not see. He sat down to eat with me and another and fed him self, he drunk his own drink. He was abused in FIRE LANDS even before I tried to help him, only when I tried to help him they furthered their adjenda to MURDER him, for he passed to Heaven only 2 weeks later. I still suffer GUILT over this loss, Ben was my friend and in trying to help him I hurt him in my eyes,

[73] Since I woke up I was under full force attack. After firelands it got worse. Just before FIRELANDS, I was followed by three cars from Michigan in Ohio. I ended up staying the night in the ERIE COUNTY SHERRIFFS parking lot. I was scared for my life and assumed it would be a safe place to rest. While there my phone was intercepted, leaving a voice mail from St. Vincent HOSPITAL unable to under-stand. Also my vehicle was intercepted and was cut off several times.

[74] After FIRELANDS all the way up until Sept 26, 22. I was in a full on WAR ZONE. They got so desprate they tried to ambush me every chance they got.

[75] On September 26, 2022, I had been reading

threw the letter from The Angel of The Lord, St. John the Devine T. I discovered a very interesting part about my brother RONALD RUFF. He was very ill at that time and he was locked up in prision. I ha assumed he was drugged in the same manner I just had been not that long before. See just after I had been released, he woke up and couldn't read or write. He was having interactions with people only he saw and acting in a child like manner. I was angry not knowing what was going on. While going threw the letter there were a few lines pertaining to RONNIE RUFF. It said he dose everything he can to mess with RONNIE, And RONNIE RUFF is the only name that is mentioned in the letter besides, God,& Jesus. I told my mother I knew what was wrong with my brother. I told her I Know God did it. They watch everything I do, I know they seen it, AND KNEW, Because the 24/7 stalking in attack mode stopped but the wa'hing/stalking has yet to subside.

76  I have a four page letter "from the Angel of the Lord. I recieved the visit January ? of 2022. At the time I was in bad shape. I had turned to drugs as a last resort. My brain disease had gotten the best of me, and my world continued to crumble

around me. I was high on cokeaain. I became
paranoid as I heard noises in which I checked
my indoor camera. I heard, "but not for the first
time, as a couple times of getting high led upto
this day." My sister VICKI CARLSON and my then
boyfriend having sex. Calling out eachothers
names. I also heard a conversation saying
they were hiding and I could find them if
they were not quiet. Sick and high I didn't
understand. I went threw the entire house
looking for them a few times. I also heard
the first time the sounds of some one(s)
that seemed to be in my home to commit
a murder. All times I went into a pannic.
I know 1000% for sure I only heard anything
while replaying the camera footage. It was
of background noise and the sound was always
coupled by static. I watched threw my phone as
they enjoied the shit show they created. I heard
Tom's voice say, "be quiet before your sister finds
us down here." I took the gun instead of the
phone this time. I looked around to see nothing.
On my way upstairs I heard a fimular voice.
It was of my brother KIPLING-DUNCAN'S, he said
"Hey, what are you doing loudly. I turned
back, right away, Called out his name and
went in search for him. I couldn't see him or
anyone anywhere, Suddenly I heard a

melody, It was of KIPLING DUNCANS voice but the back ground was of so many Angels, no man could count. I listened under the smoke dector that was monitoring me "without my Knowledge", I noticed it was a message so I hurried to grab a pen and paper. I came back down stairs and listened, then ask my first question. He answered it. I ask him, "How do you feel, are you alright", I listened and wrote as my ink ended. I ran back upstairs to get more writing materials as well. I grabbed an invlope in which had been sitting on the table a few weeks minum. I returned, but he was no longer under the smoke dector. In search for him, I found the melody coming from near the furnace, in which I finished the letter there. John Rutez installed that furnace. John Ruetz is the Angel of the Lord, He is St. John the Devine. The messages are from God, the details led me to know it was of John a few weeks after my getting out of FIRELANDS. GOD used my brothers voice to tell me what he did and where he was. He did this because he knew it would fool the FBI / DETROIT PD &/ D & BARR SECURITY, and me for that matter, for only my father knew of what I was going threw and what they were doing to me, mostly what they were trying to do to me. I had and or have no doubt as to John being the Angel of the Lord in which

delevered the letter/Poem, filled with messages, mostly filled with love and the promise of Devine Protection. In which can not be taken less I myself fall short of the Glory of God. In which WILL NEVER HAPPEN!

[77] My brother recovered not long after my discovery. No test could confirm his ill ness to date. He just woke up better as he woke up ill. I know the FBI also knew this was a warning from ALMIGHTY GOD. and they knew I was no longer scared of death, nor anything else they could throw at me, for I fully trust the Lord and know he is of the living. In God, trusting the reserection of Jesus Christ the promise of eternal life is one of the many Promises God Keeps, I hear he Keeps all his promises. "In fact," The entire letter will be EXIBIT #I as it is the most important evidence to me. Also what I've been threw to Keep Gods word is un humain, so much so that I have refused to give the whole letter to anyone, As I have discovered their non stop trying to again access.

[78] The day I got out of firelands I staied the night at my sons in LINCOLN PARK. Someone attempted to break in threw the side door about 4:30 Am. I noticed the following day my vehicle had been broken into and pieces to a bug finder were taken. First thing the next morning I went

to the CITY OF LINCOLN PARK, where I gave a statement to _____, I also gave him 24 pages containing details of my attack(s) and told him. my life was in grave danger. A report was made but not followed up on. Even my bringing in the box the attachment was stolen in and requesting finger prints. Telling him only I and the thief have had access to it. The officer said they dont do things like that anymore. When I went to pick up the report. "CLIFFORD", kept also." I ask for the 24 papers I added to the report. The records lady had no clue of them, but said she would attach a note and request them. The report will be reobtained and submitted as a EXIBIT before documents filed. I did return to THE CITY OF LINCOLN PARK last week, I gave the Sgt H_____ a copy of Article X and Article I of the Application of the Convention and Protection of Chemical Weapons. I told him I came there for help and should have been helped within 24-48 hours. He looked me in the face and said, "What do you want me to do", very angrly. I told him, I wanted him to give me back my papers and said may the Lord have mercy on you.

[79] Back when I was suffering dearly, I was contacted by RANDEL NOTER while still also a subponeaed to be a federal witness w/a warrent for pickup to do so. I had expressed issues about a friend of MUBAREZ and sent messages and had verbal conversations

with THOMAS GLUN about if as LEWIS was his friend also.
I felt intimitated and threatned to call and report it.
EDWARD ZELENAC, told RANDY NOTER to call me and
fabricate the truth, Randy N. called me and told me,
that MUBAREZ settled the case (AHMED v. WILSON)
and assured me the case was over, I believed him/them
as Ed had been my lawer in the past. I went back
to EDWARD ZELENAK after I awoke not remembering
he helped to sabotage my life prior. I begged for
help telling him my life was in danger and I had
been attacked. He told me "I CANT HELP YOU, BECAUSE
SOMEBODY I KNOW MIGHT BE INVOLVED," I told him
all my devices were hacked and ask to use his
phone to call KimWorthy the Wayne Co. Prosecuter.

[80] I went to THE CITY OF RIVER ROUGE, to report my
fourth Ammendment right(s) violation pertaining to the
bugged smoke alarm(s) planted in my home.
did say he took the report, he gave me a card with the
report number on it. I was never able to retrieve the
report. I was also detailed about my innital attack
with chemical and biochemical weapons that day.
I also told             I tried to report this on
the 29th day of May 2022. That day they took
5 of them from my son, as I ask him to give them
to him and make a report. I called to get the
report number and was told by Cora the
dispatch that no smoke alarms were taken, adding

I would get no report number. I called back and spoke to the Aribic office I have to get his full name before filing. He also told me none were taken. He said if I wanted to make a report, I would have to come into the station and make the report myself. I was already detained on the pink slip and awaiting transfer to FIRELANDS to be forever silenced. I alledge he had knowledge as to this less my son could have made the report like he tried. His address is too 28 E Pleasant and he is of age. I contacted him and he then went to THE CITY OF RIVER ROUGE and collected the SMOKE DECTORS. They returned them to him and told him they thought it was a prank. Those smoke alarms beeped up to weeks after being un hooked and the battery removed. They were on every floor and in every beedroom including my master bedroom. I told the dective that day that I have an unknown WIFI signal in my home and ask him to please come check it out. I reported S K ELECTRIC as the person whom installed these devices and Brad          name as he is the owner and the person I signed the contract with and paid. No one ever came out nor followed up on the report. Or any other report from THE CITY OF RIVER ROUGE. It took me a while to figure out what the unknown WIFI in my home. I did finally after 3 dreams and help from D.I. MICHAEL W        . I found a miphrophone and

an ALEXA installed into my refridgerator. I had noticed my refridgerator connection was being used several times when I was ill, enough to take several screen shots as to this fact. On November of 2021 DANIEL CULBRETH had purchased this refridgerator, he said as a birthday gift. He tried to buy a glass door LG but I told him I did not want it because I knew it had an ALEXIA in it. I expressed with passion as my disreguard to any ALEXIA or GOOGLE HOME in my home. He delevered it, hooked it up, and set it up. See when I was finally able to get info on it, after over a year and 1/2 of being decieved from the interceptors. It must be first hooked to an account to be able to access the ALEXIA option. I had removed the SMOKE DECTOR IN MY DINING ROOM a bit before that due to the excessive beeping. That's when I realized it beeped with no batteries, But my mind did not let me understand it was bugged. It was the only one on the first floor besides the one in my master bedroom.

[81] When I reported to THE CITY OF RIVER ROUGE about the find of the ALEXA and to report it being a violation of my 4th Ammendment right(s) I also reported my 1st Ammendment right being violated, I told them I called the W.H.O. for

help, but after listening to the recorded call, I heard the same back ground "horn" from my block. I knew the reciever was on my block. I had proof of both these crimes. When I picked up the report it said no mention of DANIEL CULBRETH, also it said I heard the World Health Orgination talking threw my refridgerator. I went back to speak to the Chief about these inconsistaincies and ask why it said I'd been offered mental help. The chief blew me off, then told me the very people whom had been hired by D & BURR SECURITY, working under TYRONE A CARTER were putting a ppo on me, he said they didn't want me back at the elementary school across the street from my house. A few days prior I had written a letter and placed it under the winsheld of a truck with 2 passengers whom had at one time lived in the school along with their 3 dogs. Hacking my devices and violating my first and fourth ammendment rights bare minum. I was frustrated that day and I wrote a note that said... A PERSON CAN ONLY BE HARRASSED SO MUCH, TILL THE POINT OF RETAILATION. "Gods Plan" I added this is not a threat along the bottom and put a cross on it. Truthfully I placed a single round of amunition in there as well. I only did this as I read anything with firearms and tabico on school property was to be heard in federal court. I just wanted to get to a judge any way I could knowing

my chances were better to get help. I didn't want
violence not even to brake out a window, I could
never physically hurt someone. I did get angry at
times, but any human would. I never, ever fell into
temptation and did any thing to hurt any one, least
I verbally attacked the FBI. publicly on FACE BOOK,
I did it mutiple times until MARK ZUCKER BURIC
restricted me from being able to comment on their
public post. I wrote him about this as a complaint
to my account not working properly and or
being restricted.

[82] I had reported these violations to THE CITY
OF RIVER ROUGE to no avail. I also on the time
before they fordged the last report I made on the
ALEXA & WHO & FIRST & FOURTH Ammendment(s) right
violations. I went to report my fourth ammendment
right being violated, I ask MITCHELL, DECT.            , $
ANTHONY K          if there were a warrent to monitor
my calls or to intercept my phone, MITCHELL said
no warrent was ever presented the dective agressivcly
badgered me and ask about mental health. They
all said bring us the evidence as I told them I
recorded a 15t minute conversation of WILLIAM BLARE,
my neighbor across the streets brother, a B/M and
another unknown person, I could hear the police station
dispatch and noises in the back. These men spoke of
D and BURR and of a Captin Carter whom was in

the one said to be in command/charge of the opperation.
I told them I could bring them the evidence as all of
them so sturnly only cared of this recording and nothing else.
The dective called me a couple weeks back around the
14th, on a friday for sure. He ask me to come to the station
to sign a witness statement. He said it was about my
last report. I told him to view the video evidence
and acknowledge all the inconsistancies in my state-
ment and the Officers ANTHONY K        written state-
ment. He said he just had and saw there were very
many inconsistancies as I had said. I then told him
for saftey reasons I do not want to come to the
RRPD, he then said he would meet me anywhere.
I told him perfect, "MEET ME AT MY HOUSE NOW", He
said, he would make some calls and call me back.
He still never has. I did call and leave a message but
it was never returned.

[83]    The day of the 7th day of July I went to see
the Chief & Mayor as I had been calling almost daily
in search of help, knowing the police were doing nothing.
I was unaware they were involved. I found out that
day when the Chief ignored the cries for help, then
ask for the information about the P.I. saying "I AM GOING
TO NEED HIS INFORMATION," I saw the Mayor the
same day at a meeting I stumbled into, after going
to his office and being told he was busy in a
meeting. He showed up at the end and I was

able to speak to him reguarding a meeting and tell him my life was indanger. I ask for a meeting that day. He said he was busy.

[84] I turned to speak to Tyrone Carter whom hosted the community meeting for I had stood up eariler in the meeting and plead for my life, I begged for help. I listened to everyones stories and stayed till the end as TYRONE CARTER told me he would give me resources to help after the meeting. I listened to the recording and heard some very alarming facts. I had forgotten the Captin Carter name due to my shortterm memory loss. But it clicked while I was going threw the audio. As the audio was deleted off the phone I recorded it on. That's why the CITY OF RIVER ROUGE Kept telling me to bring them evidence, because they delete it. God placed everyone there for a reason. All the details and CARTERS end recorded discussion was more than enough' to know I had finally located the ring leader of my gang stalkers, Right under the UNITED STATES OF AMERICA". He acted as he did not know me and played me as they have for so long, But God placed me there and made sure everything went as he planned. I prayed for a whole day before I confronted CARTER. I decided to do it pudicly. I did so on

face book. As a message reply to one of CARTER'S public post about the meeting I attended that day. I did it this way as every other I had been blocked. after much research, I realized that was the only option I was left with communication wise on my social media sites. I was very upfront in my message.

[85] On the following Monday I cancled the meeting with the Mayor CAMPELL and told him it was fer saftey reasons. I explained my findings of the Application of the Chemical Weapons and Protection. I expressed Article-X. I told him I remembered speaking to him when he was President of the school board. When I protested and complained, "I tried to warn the parents. I contacted him via - school site online. I spoke with him the following day. He did get them out of the school but only until elections were over did they stay gone. I told him he now has a free hour to call the G.DC. / Director General and report this crime. I told him "YOU HAVE AN INNOCENT VICTIM IN YOUR DISTRICT THAT IS UNDER ATTACK". I waited for help that day to.. But again, None ever came....

[86] I called THE CITY OF RIVER ROUGE to again report my devices being tampered with

I told them I was in Court and the terriorst mob of police have been reported. She said she would send out a unit after I told her it's their duty to do their job. I waited a while, then drove down and hand-delevered the CHEMICAL WEAPONS CONVENTION TREATY and a note that read. To the City of River Rouge and beyond,

[87] I then went downtown Detroit and filed for a PPO against TYRONE CARTER. It was approved the next buisness day. CARTER had amped up his troops full force. I wrote most of the PPO by hand as I had to this civil case as his hired GANG STALKERS / D & BURR SECURITY were trying to gain information and suppress info as well. I again called THE CITY OF RIVER ROUGE to report more phone interception only to be told, after asking "WHAT ARE YOU GOING TO DO!", I was told " WE'RE NOT GOING TO DO NOTHING", I recieved a notice to appear in Court three days ago. It is for harrassment, There is no name on it but I know the name is of the two workers of CARTER and D and BURR security. The very ones whom have mobbed up and kept me from getting help, hendered my recovery and justice as they violated my 1st and 4 min ammendment rights daily. The whole RRPD knew this.

[88]

I started going to doctors after FIRELANDS. So much so for months every calender day was filled. I met my Cardiologist on my own. I told them I had several abnormal recent EKGs. I took the documents and was checked out. This was the first time I heard of the heart attack. ANTHONY         first saw me. The second time I went back he had a person with him B/M he was very rude and he told me he would give me no more test. He said my heart was fine and it just "went like that". I was in total shock. "Later test confirmed my heart was still enlarged and is perminatly damaged". I ask him for a full body CAT SCAN. He denied me all test and said I was now a, "AS NEEDED PAITENT." I returned to see doctor          he ordered the MRI, Dr Anthony          declined it, as did Blue Cross OF MICHIGAN as to his recomendation. I explained to both why I wanted and needed it. But again I was ignored and denied care. I took every test. I got the MRI being able to speak to a doctor who cared and was not under the control of my GANG STALKERS. I am in debt and can not pay for it. But it was the test that proved beyond a reasonable doubt. Nothing besides the injections during my attck could have caused the damage to my heart muscle. My heart is in the best condition it could be, less my valves no longer

fully close and my blood regergitates. My blood presure runs low, but my body has adjusted to it. and praise God I do not have to take medications. My last visit the Doctor read the results and he agreed nothing but the attack could be the reason. I ask for help every time I went. I told the truth every time. I called and told them the CDC guidelines and told them it's their duty to report it.

[89] My Nueroligist knew of my attack and of my lengthy illness and still current short term memory loss as well as all my doctors did. He had more evidence than anyone. I ask him for anxiety meds and for more extensive test. I ask him when I could get another MRI and he said not until I year out. I'm not sure he believed my gifted ANTI BODY from God was working on my brain. I did ask him for help. I did call there and repeat the CDC Guidelines and request they obey the law and their duties. Dr. Rapp

[90] My Boomatoligist       YORK did test to confirm I had the only DNA + ANA known to man and was told about the Protection and laws of the Chemical Weapons Convention. I did tell him I was attacked with Chemical and Biochemical weapons and that's why I was there. He could have helped me but chose not to.

My Hemotoligist is the last doctor I saw and by far the worst. I saw him on 5-15-23 and allowed him to do a complete blood work up, in which he took 7 vials of blood. I told him why I was there and of my attack / symptoms. The second time I went there I was presented fause / forged papers. These documents said half of my test were contaminated. It also said I had a vitimin B defencancy. He requested to give me an injection. I refused and told him I no longer talke injections after my injected brain disease. He ask if I was willing to give blood for much needed test for AUTO AMMUNE DISEASES. I dumb foundly agreed. He got really excited and I found it odd. Upon picking up my records, I realized the papers I was presented were not of my records. And my visit on 6-28-23 were forged. The results are not of my blood for my DNA+ANA anti body stopped my blood from clotting. Thats what makes the ISCHEMIA damage the brain. Also the date on it says 09 20 2023. But the printed date is 8-  -23. His greed was so extream he did not even use one of the 7 vials of plasma he stole from me to put in my file. I called him about the Chemical Weapons Convention and CDC requirements. I was called back by a female who ask me to come in. I told her he was fired and I will see

him in court. When I went in to get a copy of my records I was charged 100$. When I took one vitiman B gummy per day for three days, I had heart complications for the entire three days.

[91] I looked up the results, I went to Dearborn POLICE STATION to report the crime. I saw the UNITED STATES x2 w/M were already there. I called to check on the report I made a week ago to hear it has not been compleated. I know for sure had he injected me with even VitB I could have had suffered cardiac arrest

[92] My Physicitrist I went to souly for help. I ask from day one. I told her I was still being stalked and monitored. I told her they stopped trying to murder me on Sept 26, 22 so it wasn't as bad as it was. I showed her all the proof as to my internal damage being a result of the attack. I ask her did she report this crime. Our last visit she invited some other female to our session w/o asking. She said she was a student, however she had a Baumont Hospital tag on. I ask her for xanax for my anexiefy as I was being gang stalked at first. She denyed me that and offered incompasating medication insted. I declined. I told her buisness of the CNC and the CDC guidelines, reported and fired her. I did give

her a very detailed version of my situation and my
attack the last time I saw her as well Dr. F C and

[93] My Therapist AMY BOEMAN acted as if she cared.
She even quoted stories from the BIBLE more than
once. I begged her for help, and ask her if she
believed me, after she ask me did my heart
and brain doctor's, thought I was lieing - or said
"did they not believe you," This was when I found
out of the thought uncurable brain disease. I was
in a very bad state of mind and my heart was crushed
beyond words, I cried out in confidence. She answered
me saying she did believe me and she was sorry I felt
disrespected. Our last session was via zoom, I cried
out of the knowledge of such damage to my body
and for my being attacked at no fault of my own.
AMY BOEMAN cut her video for some reason, I kept
up the conversation vocally. In my background I
had signs I'd made to protest. Saying I deserve
JUSTICE and I WAS ATTACKED W/ CHEMICAL WEAPONS.
when it became fully visable she cut my video
as well. I'd ask her if she reported the crime i'd
told her I needed help. She only wanted to know about
my court and what I was doing pertaining to that.

[94] My Case Manager INEZ McCASTLE was supposed
to help me as well, I went to her also soully for help. She
did not help me and when asking her the

second time she simply said, "What crime, I don't
know anything about a crime." I showed her paper
work court documents, She looked at them and
said thats just papers, any one can produce papers.

[95] I reported all three of them and fired each
individually.

[96] My family doctor is by far the one that cut the
deepest. I trusted doctor John and doctor Uzanski
I only met doctor Eric after he allowed the FBI
agent to protray himself to be a doctor. The
very doctor who used his cordentials the day
he saw me. Docter Eric was there as well as
another doctor. Docter John was not there. I
didn't realize this until after my recovery began.
The last time I went into JUNCTION CLINIC, I saw
Docter Eric          . I also saw one of the members
of my gangstalkers came in while I was there. He
ask to see Dr. John and looked to have shown a
badge, Not positive, But he went back. B/M came
back shortly after and left. When I was expecting
doctor John, doctor Eric came in. He was
rude and suggesting I take mind altering med's.
I told him of my gangstalkers and stress and
anexiety it was causing. Knowing what was
going on and how bad, he instead of helping
he chose to help them. He cut down my xanax

when they should have been upped. I also saw he wrote "I was skitzophrenic. I told him of the intercepted call to the WHO. And calling 911 mutiple times to not get threw because my line was dead. He knew full well I was in grave danger and I ask him that day why hasn't he reported this crime. He looked at me and said what crime. I personally went to JUNCTION CLINIC I gave them a copy of the Convention of the Chemical Weapons – ARTICLE-X I also told them of the CDC guide lines.

[97] I went back to WILLARD MERCY HOSPITAL in May at the request of my then Pastor "James of the WILLARD CHURCH OF THE NAZORINE," I told him of my attack and current fear. He and his wife acted to care. He said he knows all of the police and he could help. He took me or followed him, his wife and my sister there. I got checked out, Told the doctor of my story Dr. Pastor James talked to the docter privately then they left. The docter gave me a bag full of drug abuse pamplets and wrote my diagnosis as paranoid. That day a nurse was standing outside the glass door, with her ear up against it. I saw her feet under the curtain. I got out of the bed pulled over the curtain and exposed her. I then looked the docter in the eye and said, "

there is a difference between being paranoid and being alert. In which I proved my point. My sister CAROLYN JOHNSON left. I had been to several hospitals at this point and never tested positive for drugs.

[98] I went to a new P.C. doctor in hopes to get help as well. I was social profiled by Dr. R. GUMMA right away. She even elaborated on her notes. I in turn left her a comment on her report. I went to her as I had every other doctor and was not shy to tell the truth. She suggested I must have a undiagnosed mental illness because I got attacked and had my memory erased or because she had total disregard for human life.

[99] I went to the DOJ in Michigan I personally made a criminal complaint and told the truth about my attack and the false funeral and live/false dead body. I went there after sending 1 lb 9½. oz of documents to the Washington D.C. DOJ. that were intercepted. I'm not sure if they ever recieved them, I know in Detroit they were returned to me. I never heard a word back from Washington DOJ. nor have any of my calls went threw or messages been answered. Detroit DOJ said they do not investgate the FBI criminally and I must

hire a lawyer and place a civil suit on them. Even telling them my life was in danger. I told everyone my life was in danger and no one cared,

[100] I went to the Senators office and filed a report in person at 400 MONROE ST. Detroit, Michigan. I called a few times to follow up on it as well. I was told it was sent to the D.C. office but nothing else. Still NO ONE CAME TO HELP ME.

[101] I went to the Ohio Supreme Court Disiplinary Council at least three times. I also reported my attack there. I also reported CLIFFORD, KISHMAN, & McGookey. I got all denial letters. I spoke with LAURA JOHNSON then and recently as well as threw emails where I sent her the evidence that was tampered with. When she last called me July or beginning of Aug. She told me some one else was in charge of making the decisions and showed little to no compassion to human life. She got upset when I told her something to the extent of the Judge hearing what she had just said to me. She said she was going to report me for recording her, Yet when you call there it says calls may be monitored. She then wanted to report me knowing I caught her. But when I pled for my life she ignored me and the criminals she simply chose to join in with the MOB against me.

[102]

Daniel CULBRETH was working under CATER for some time before I realized it. He at first started sabotaging my vehicles. He said he was helping January of 2021 when I had an accident. I needed two airbags and a front driverside fender. The dash had to be replaced as well. When he returned the vehicle all my saftey features were disabled. I had told my mother over the phone several times the car saved my life. It had all the saftey features encluding crash protection. My cruse control was disabled as was my self parking options which include lane keeping saftey features. There was a single drop on each side of one particular fuse. It was of my brake system fuse. It had malfunctioned on me several times while I was in my worst stages of my brain disease. It melted all the way up one side damageing the fuse and sticking to the fuse box its self from the plastic melting transfusion. I ask him to drive my truck home from a shop about three miles away. When he got to my home the truck would not go past second gear any longer. I realized a fuse had been removed for the overdrive option. Then the power stearing got broken. from the looks of underneeth one line going to the rack and pinion was impacted by something hard that dented where the damage and leak was. I ended up basically giving the truck away due to my inability to repair it. I had a BMW 300u he drove it two blocks away

to his house. When he brought it back I was never able to drive it again, It would not start. I noticed 1/2 of the fuses from the fuse box were missing. I know they have been tracking me in my Lincoln. I took out the fuses for the GPS when I realized they took out the fuses for my cruise control. My GPS was disconnected for quite a while but recently came back on. My book/manual for my car was also taken. So I can not look up any issues or check things like fuses locations. The third week of May 2022 I stayed with DANIEL CULBRETH at his house unknowing he was working with and a part of the MOB against me. He let someone come in his home while he thought I was sleeping. I had told him to set the house ALARM but I heard the back door open and yelled for him, He laid there, I grabbed his gun and listened while telling him some ones in the house. He got up went into the kitchen, I heard the door shut then he came back. A few minuts later I hear the door open again, "this is a thick old wood door that you must push with force as the wood is swolen, So it makes a fairly loud creek when opening. This time I said or yelled somebody's in this house go see who it is. I got up too this time as I was cornered against the wall. He saw the gun and said very loud how did you get

my gun. I told him go see who was in the house.
I followed him into the dining room but not the
Kitchen or back porch. I stood guard to protect us
both not knowing he was involved, the following
day I had him drive me to Mansfield to follow up
and get a proper report about my attack. He
got very upset and cursed me out for taking him
there. He wanted me to insted take him to
get a marriage license so he could get paid for
turning me over to them and have me committed.
for that was their plan at this time. I also was
given a MIRROR, work out mirror by DANIEL CULBRETH.
He paid for the membership. I was in no shape to
work out. Also I discovered they had hooked into
the mirror and had a full view of my house, front
to back. DANIEL picked the spot. I had no
clue of the things they could do. I called
him the day I found out about the Alexa in
my refridgerator. I ask him where's the book to
it and who has been hooking up to it. He
said he don't know. I did not yet know you
had to set up a account to hook up to it then.
I reported the refridgerator ALEXA as soon
as I found it. I refered it to a Civil rights
violation and specffically a 4th ammendment
right violation. The report I had no mention of that
or DANIEL CULBRETH it all. I went to Best Buy
to get information on the device and fridge

I was told it was in my name as was the warentee.
In the mutiple phone calls that were intercepted
I was told the warentee was in someone elses name
and I could not get service. Best Buy gave me
a reciept that had my name but said it was
purchased with a credit card. This card will
link back to DANIEL CULBRETH, but could be in
his mothers name Cynthia Culbreth. When
I returned to Best Buy most recently. I was given
a different reciept but this one said mutiple
exchanges had been made for the purchace of
the refridgerator. I have seen many fordged
documents. But I know for sure the Credit Card
companies can not be changed. They only
changed the records after I discovered and
reported the crimes.

[103]  I'm not sure when THOMAS GLUN started
working under CARTER and UNITED STATES.
I know early on in Sept was the first of at
least six hallousinations, each was the same.
I saw satins face over his face like a siliouett.
I saw it the same everytime but only once
at a time, It always went back to his face
after pushing him away from me. Research says
these are peek times of being drugged. I
only saw this on his face and only when he

and I were together alone. I know he brought over an antenna/camera and placed it in the center of my room facing my bed. This was directly after my removing my master bedroom smoke alarm because while high and suffering from the brain disease I saw the red light with my necked eye and found it odd. Not knowing they were bugged at that time. I felt very odd about the placing of the antenna and he saying he had the same one at his house. "I knew he had wireless WIFI connection on all his tv's too," I removed it on day 2. He came back over, Went straight to it, grabbed it, and said "IF YOUR NOT GOING TO USE IT, IM TAKING IT BACK," I know he was most definetly working with the MOB against me by this time. He choked me during a sexual incounter, a few day's later he violently shoved a heavy trash can on me, leaving me on the cement floor holding it up of my body with all my might. I went to THE CITY OF RIVER ROUGE TO REPORT THIS but was told to go home and talk to him, adding everybody fights, In            of

[104]      I went up north THOMAS GLUN. Tomi Glun his daughter went as well, We went to visit his sister. I ended up very ill. We went to a carnival, by the time I got out of the car I was very unstable and dizzy this lasted the whole day into the next, I was having trouble breathing and became very conjested. I sufferd until coming home and going to the doctors, Where the FBI were waiting for me. I recieved a perminate mass on my wrist that has yet to completely subside. THOMAS GHUN showed me a bag with cash in it, He told me it was 100 K he said he saved it. I knew better for I was always with him.

[105]

I called the CITY OF RIVER ROUGE mutiple times on JOSHUA THOMPSON for harrassment and stalking. I did get them to come out onee. In which I was able to then get a PPO against him. The PPO was never served, even my paying the WAYNE COUNTY SHERRIFFS to serve it. I was unaware he was harrassing and stalking me under the order of CARTER and the UNITED STATES. They took a fire arm from him he threatned to murder me with then let him go and paid him to stalk and harrass me.

[106]

James and SHASTA DUNCAN let me pay for a line of phone service on their account they or STACEY DUNCAN placed a tracker and moniter on my account right away without my knowledge or consent, out of 7 lines my line was the only line with this attached. When I went into FIRELANDS my phone I purchased for 1500$ was locked. I was locked out of it as it was stolen. I ask for access to my phone as I had pictures and my whole life of m  ing memories I lost while suffering. I also ask for copies of my calls and text for court. I did not get anything. I was told by SHASTA DUNCAN "WE ASSUMED YOU WOULD NEVER GET OUT OF THE MENTAL HOSPITAL". JAMES DUNCAN also was the only one to have a spare key to my R.V. the KT TAPE was removed and placed back in attempts to further brainwash me.

[107]

STACEY DUNCAN and VICKI DUNCAN were the first of my family to join the malisha against me. Early on they took pictures and videos of my decline. They searched for evidence the UNITED STATES were in search of. Vicki brought a

Smart TV in 2018 to my mother house when I was staying there. It was placed in the living room, directly in front of where I slept. Stacey DUNCAN was at both hospitals the day I was attacked and monitored me until I departed on 5-12-2020. She brainwashed me and administered poisions in my drink. She came to me and told me some one was going to die. The same night she drugged me and I became violently ill, I had a simular early reaction one swolen breast. And I was not thinking clearly as this too is a side effect of the poisions. Same thing happened when she came to visit me after my brest inhansment surgery. An when we went to Florida for family vacation April 2021, She helped The USA, HURON COUNTY SHERRIFF, THE CITY OF WILLARD, AND THE CITY OF DETROIT lock me up on a PINK SLIP, It's involentary lock down, but worse than prision, She told pages of lies to mutiple people. As a result and of the new Moro members. I was taken and locked up, I was drugged to the point of overdose. I fought for my life 12 long days as they only wanted me there for one soul purpose, to silence me, and murder me like BEN PARKER. STACEY DUNCAN was the one whom suposivly identifiyed the body and recieved a 15K$ payment for services from UNITED STATES. On the following Mothers day of 2021, STACEY DUNCAN presented a BUILD A BEAR lion with KIPLING DUNCAN/CAIN voice with a message saying "sorry he can't be there but he loves her." She had the whole family do pranks on each other in 2020 around Christmas I believe I could be mistaken but every one did pranks, recorded them and the theme was "KIP II PRANKED YOU;

[108]

SHEEREE ONEY told me she knew someone was going to die just before I was attacked. She was the one who informed me of the hospital. Told me to follow the EMS, Was in the room with my attacker 1 min. before I saw him. She said she found the Funeral home on the 17th, she suggested she buy four plots, She told me she had a large ammount of cash in her safe and ask me to lie to uncle Bob and tell him it was mine if he had ask at the services following the funeral. At every funeral she looked me in the eyes and told me to get my funeral ready. She knew I was ill, I was working on a house for her in Plymoth, as was DUNCAN/CAIN before his fake death. I wanted to help and did so suffering, Sheeree questioned me many times as to my memory/issues. "I told her I know things happened but I do not remember them" I ask her if I was crazy or going crazy w/ my mother present. Both said "NO" and acted as if they knew nothing. Sheeree though faked my heart attack/brain disease symptoms mutiple times. In the beginning it was so surviere I would get instant bad headaches and dizziness I would end up bent over some times with my head between my knees, This happened several times a day for months on end. While I was working for her she was watching me. Me seeing her thinking she was expieriencing the same (STRESS) as they called it and wanted me to believe that. When I woke up after God gifted me the DNA+ANA I went to her for help and with proof. That day she said "Your mom and I are thinking the same thing" I said whats that. "She said, I think your crazy; But when I was mentally disturbed they played me like a puppet and worked me like a slave of free labor.

[109]

CARLOS RAMEREZ called or text me and set up a meet up. I drove to his house. He had told me he was in my neighborhood and was working with or "doing something with the cops again," his words, I arrived, he offered me a drink right away. I took a glass of wine which he poured - after a few drinks I became violently ill. I told him I was going to the car to smoke but I left as I felt danger and the feeling of "I got to get out of here," He text me but called me first, to confirm I had left. He was very angry and sent many volger text. I only remember swerving a few times and texting my way home, I was totally out of my mind. I drove to THOMAS GLINS house where I stayed the night. He told me I threw up and was checking on it and would not wake up. I messaged CARLOS RAMEREZ that day and put the pill emoji. I also called him Cosby. He was DETROIT POLICE when I met him.

and I were together alone. I know he brought over an antenna / camera and placed it in the center of my room facing my bed. This was directly after my removing my master bedroom smoke alarm because while high and suffering from the brain disease I saw the red light with my necked eye and found it odd. Not knowing they were bugged at that time. I felt very odd about the placing of the antenna and he saying he had the same one at his house. "I knew he had wireless wifi connection on all his tv's too," I removed it on day 2. He came back over, went straight to it, grabbed it, and said "IF YOUR NOT GOING TO USE IT, IM TAKING IT BACK," I know he was most definatly working with the mob against me by this time. He choked me during a sexual incounter, a few days later he violently shoved a heavy trash can on me, leaving me on the cement floor holding it up of my body with all my might. I went to THE CITY OF RIVER ROUGE TO REPORT THIS but was told to go home and talk to him, adding every body fights, In        of

[104]    I went up north THOMAS GLUN. Tomi Glun his daughter went as well. We went to visit his sister. I ended up very ill. We went to a carnival, by the time I got out of the car I was very unstable and dizzy this lasted the whole day into the next, I was having trouble breathing and became very confested. I sufferd until coming home and going to the doctors, where the FBI were waiting for me. I recieved a perminate mass on my wrist that has yet to completely subside. THOMAS GLUN showed me a bag with cash in it, He told me it was 100 K he said he saved it. I knew better for I was always with him.

[105] I called the CITY OF RIVER ROUGE mutiple times on JOSHUA THOMPSON for harrassment and stalking. I did get them to come out once. In which I was able to then get a PPO against him. The PPO was never served, even my paying the WAYNE COUNTY SHERRIFFS to serve it. I was unaware he was harrassing and stalking me under the order of CARTER and the UNITED STATES. They took a firearm from him he threatned to murder me with then let him go and paid him to stalk and harrass me.

[106] James and SHASTA DUNCAN let me pay for a line of phone service on their account they or STACEY DUNCAN placed a tracker and monitor on my account right away without my knowledge or consent, out of 7 lines my line was the only line with this attached. When I went into FIRELANDS my phone I purchased for 1500$ was locked. I was locked out of it as it was stolen. I ask for access to my phone as I had pictures and my whole life of m   ing memories I lost white suffering. I also ask for copies of my calls and text for court. I did not get anything. I was told by SHASTA DUNCAN "WE ASSUMED YOU WOULD NEVER GET OUT OF THE MENTAL HOSPITAL". JAMES DUNCAN also was the only one to have a spare key to my R.V. the KT TAPE was removed and placed back in attempts to further brainwash me.

[107] STACEY DUNCAN and VICKI DUNCAN were the first of my family to join the malisha against me. Early on they took pictures and videos of my decline. They searched for evidence the UNITED STATES were in search of. Vicki brought a

Smart TV in 2018 to my mother house when I was staying there. It was placed in the living room, directly in front of where I slept. Stacey DUNCAN was at both hospitals the day I was attacked and monitored me untill I departed on 5-12-2020. She brainwashed me and administered poisions in my drink. She came to me and told me some one was going to die. The same night she drugged me and I became violently ill, I had a simular early reaction one swolen breast. And I was not thinking clearly as this too is a side effect of the poisions. Same thing happened when she came to visit me after my brest inhansment surgery. An when we went to Florida for family vacation April 2021, She helped The USA, HURON COUNTY SHERRIFF, THE CITY OF WILLARD, AND THE CITY OF DETROIT lock me up on a PINK SLIP, It's involentarry lock down, but worse than prision, She told pages of lies to mutiple people. As a result and of the new Moro members, I was taken and locked up, I was drugged to the point of overdose. I fought for my life 12 long days as they only wanted me there for one soul purpose, to silence me, and murder me like BEN PARKER. STACEY DUNCAN was the one whom suposivly identified the body and recieved a 15K$ payment for services from UNITED STATES. On the following Mothers day of 2021, STACEY DUNCAN presented a BUILD A BEAR lion with KIPLING DUNCAN/CAIN voice with a message saying "sorry he can't be there but he loves her. She had the whole family do pranks on eachother in 2020 around Christmas I believe I could be mistaken but every one did pranks, recorded them and the theme was "KIP II PRANKED YOU,"

[108]

SHEEREE ONEY told me she knew someone was going to die just before I was attacked. She was the one who informed me of the hospital. Told me to follow the EMS. Was in the room with my attacker 1 min. before I saw him. She said she found the Funeral home on the 17th, she suggested she buy four plots, She told me she had a large ammount of cash in her safe and ask me to lie to uncle Bob and tell him it was mine if he had ask. act the services following the funeral. At every funeral she looked me in the eyes and told me to get my funeral ready. She knew I was ill, I was working on a house for her in Plymoth, as was DUNCAN/CAIN Before his fake death. I wanted to help and did so suffering, Sheeree questioned me many times as to my memory/issues. "I told her I know things happened but I do not remember them" I ask her if I was crazy or going crazy w/ my mother present. Both said "NO" and acted as if they knew nothing. Sheeree though faked my heart attack/brain disease symptoms multiple times. In the beginning it was so surviere I would get instant bad headaches and dizziness I would end up bent over sometimes with my head between my knees, This happened several times a day for months on end. While I was working for her she was watching me. Me seeing her thinking she was expieriencing the same (STRESS) as they called it and wanted me to believe that. When I woke up after God gifted me the DNA + ANA I went to her for help and with proof. That day she said "Your mom and I are thinking the same thing" I said whats that, "She said, I think your crazy; But when I was mentally disturbed they played me like a puppet and worked me like a slave of free labor.

[109]

CARLOS RAMEREZ called or text me and set up a meet up. I drove to his house. He had told me he was in my neighborhood and was working with or "doing something with the cops again", his words, I arrived, he offered me a drink right away. I took a glass of wine which he poured - after a few drinks I became violently ill. I told him I was going to the car to smoke but I left as I felt danger and the feeling of "I got to get out of here". He text me but called me first, to confirm I had left. He was very angry and sent many volger text. I only remember swerving a few times and texting my way home. I was totally out of my mind. I drove to THOMAS GUINS house where I stayed the night. He told me I threw up and was checking on it and would not wake up. I messaged CARLOS RAMEREZ that day and put the pill emoji. I also called him Cosby. He was DETROIT POLICE when I met him.



State Farm,

   I came home on 9/12/2020 to my home being put out of fire. I was met by a FBI agent
whom asked me to lie down on the stretcher and get checked out. I was directed to
him as he stood atop my baby Cali. Over her laid a white sheeet totaqlly covering
her body. My neighbor Kathy Houser witnessed him bringing her out of my home. He
said he tried recessitation but was unsuccesssful. She was stiff already. I didn't
notice it that night due to my overwhelming anexiety. It looked as if a bomb had
went off in my house to me, but a cause was never found. State Farm was my insurance
company. They did extensive testing. Yet the colluded with the FBI. They left me
homeless for months. They set up meetings with FBI & informants agents posing as
home owners mutiple times. after being placed into a temparry home. An attempted
ambush where a FBI agent and two male acccompaining them tried to comeinto my home
when I was alone. they had two vehicles. one was a big white van. They said they
neeeded to measure the closets of the property for sale purposes. While at the
property the female stopped a plumbing truck driving down the street. I heward her
say " HEY I NEED YOU TO HELP ME GET INTO THIS HOUSE" When he came to the door I told
them I hear what the lady said. There are now 4 grown male and one female at my
front door. I told them to leave and that I was calling the police. I was unaware
they were trying to murder me at that point. The EMS driver has a red EMD #777 Thats
the first time I seen that truck and that man but not the last. Stephani Hammi was
my claims agent. She introduced me to a female and a male whom were con artist
working with the FBI. I found news articles about both of them decieving people in
distress. I expressed this with passion to Stephani Hamme at the time. The male Sam
(Frank) followed me around after I met him. He was in my place of work one Day in
January. I then found out his name was not Frank it actually was Sam and he was well
know for being dirty to people. I confronted him on the spot and questioned him
about his false identification. He was skocked at the very least. State Farm and
Stephani Hamme left me homeless as I fled right away due to the over whelming
ammount of fear placed upon me. I had went to State Farm Brad in Southgate not long
before that in search of life insurance. They were well aware I was in fear for my
life yet they assisted my murders in attacking me. I started rebuilding my own home
due to lack of communication and endless homelessness. I compleated it in July of
2019. I worked tirdlessly day and night until it was completed. I did not recieve
last payment until after my attack on 5/12/2020. State farm was involved from day
one in my eyes. They released me after the word gort out that I was dyeing soon. I
got the police report and fire report I also questioned the police and firemen about
the presence of the FBI on and in my property. They just starede at me without
responce. Most of the life time offficers and firemen have been replaced since then
but there is still at least 2 that have full knowlwedge of my situation that are
still currently employed at the RRPD



On 6/10/2020 I went to the ER in Willard Ohio, At this time I was expierencing a varity of symptoms, I had surviere chest pain, loss of vision & hearing, I could not stand up without extream dizzziness, I was urinating on my self, My mental ststus was totally impared. I knew I had been attacked but was in fear of loosing my life still that day , for I did not know I was already given a death sentance and I was dyeing slow. This day was the first day I had an abnormal EKG. I was never told my heart was attacked. Not that day nor any other day I went to that ER to date. A nurse did walk in with a big needle that looked simular in color to the ziprexa I was injected with later at firelands. I declined the injection and ask her why she brought it, she said because I had anexiety. So oddly that's what they said in Firelands to. However I later found out it is a physicotic medication in which ulters your thinking and memory. Also it damages the heart muscle even indicating it could cause sudden death. adding any one with a heart condition should not take that medication. They sent me home diagnosed with virtigo that day.. I knew I was very ill and the test even confirmed I had a few large platelets consistant with a problem. However I only found out of this too as I did my own research threw my medical records.



My Intercepters

I was unaware of the measures that could be taken while trying to listen to
everything someone dose. I while in a state of the unknown. (lol) I was singing the
song RISE UP "Lazarus" . I thought it would be a good idea to call one phone with
the other and leave a voicemil. I was singing the song, Or screaming it. Could have
been a mixture honestly. I listened to the VM a week or so later, I was shocked when
I heard only my horable singing voice. Nothing at all in the back ground. Like I
know it was on the smart T.V.. There has to be a way to cut off the sound waves of
the smart devices. Singular or mutiple. This has to be a thing in the GOOGLE HOME &
every other simular device. They can cut out sound! Hmmmmm, Like what's this?
Intrusion! Man made intrusion. They can and will watch everyone, anywhere? Any one
with any device any smart device can have an installed microphone. Most of them do!
This world is disgusting. Every bad person could be caught. every child preditor
could be caught. They are wasting good resources on their own wants and needs! I'll
bet it's the deal they have! These are their weapons. That's why they stole my
money, the western union money I sent for the un-hackable phone. They also blocked
me from sending western union.

in any Department or Officer thereof.
(U.S. Const. art. I section 8)
Plaintiff states Carter became a member of
the Apporpriations Committee of the Michigan
House of Representatives. It indicates he was
assigned by the Speaker of the House (Per rule
guidlines (Standing House Rules 38 5 and 33)
He was assigned 2021-2022 (LS) He became a
member of the Education Committee, Michigan
House of Represenitatives 2019-2020 legislative
session. (Last elected Nov 8, 2022)
It says he sponsored Bill(s) (MI HB 4617-
Mental Health; other) and (MI HB4923-
Health facilities, other) (MI HB 4233-
Labor: public service employment;)
(MI HB 4363-Health anatomical gifts;)
(MI HB 4910-Probate and conservators; duties)
(MI HB 4911-Probate: guardians and conser-
vators.) (MI HB 4909-Probate guardians
and conservators) (MI HB 4913-Crimes, controled
substances;) (MI HB 4912-Probate: guardians
and conservations) (MI HB 4496-Human Services
medical services.) (MI HB 4495-Human Services
medical services  Aug 4, 2020 Carter defeated
opponits in the Michigan Democratic primary
Nov 3, 2020 Carter won the general election
Nov 6, 2018 Carter ran for the House seat.
Says he was elected in 2018 (IN OFFICE